**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **GKS Corporation** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  The American Inn for Retirement Living** <br> **DBA  The American Inn at Sawmill Park** <br> **DBA  The American Inn** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-1530967** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1 Sawmill Park** <br> **Southwick, MA 01077** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hampden** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.theamericaninn.net** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **GKS Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6233__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

| Debtor | GKS Corporation | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **GKS Corporation** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 26, 2019**
MM / DD / YYYY

**X** **/s/ Michael B. Guarco**                          **Michael B. Guarco**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Michael J. Goldberg**          Date    **December 26, 2019**
Signature of attorney for debtor                        MM / DD / YYYY

**Michael J. Goldberg 551869**
Printed name

**Casner & Edwards, LLP**
Firm name

**303 Congress Street**
**Boston, MA 02210**
Number, Street, City, State & ZIP Code

Contact phone    **617-426-5900**       Email address    **goldberg@casneredwards.com**

**551869 MA**
Bar number and State

---

Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 26, 2019**
MM / DD / YYYY

X _~Michael B Guarco~_                     **Michael B. Guarco**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**   X  /s/ Michale J. Goldberg             Date  **December 26, 2019**
Signature of attorney for debtor                        MM / DD / YYYY

**Michael J. Goldberg 551869**
Printed name

**Casner & Edwards, LLP**
Firm name

**303 Congress Street**
**Boston, MA 02210**
Number, Street, City, State & ZIP Code

Contact phone   **617-426-5900**     Email address   **goldberg@casneredwards.com**

**551869 MA**
Bar number and State

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re __GKS Corporation__ _____  Case No. _____
                                          Debtor(s)                    Chapter    __11__   _____

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I ____Michael B. Guarco____, *hereby declare under penalty of perjury* that all of the information contained in the Voluntary Petition and employment applications (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  **December 26, 2019**

Signed: *Michael B. Guarco*

**Michael B. Guarco**
(Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:  **December 26, 2019**

Signed:    /s/ Michael J. Goldberg

**Michael J. Goldberg 551869**
Attorney for Affiant

Fill in this information to identify the case:

Debtor name **GKS Corporation**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| William and JoAnne Tella c/o William and JoAnne Tella 2 Fairfield Road Enfield, CT 06082 | jtella13@icloud.com 413-579-7363 | Residency Agreement/Note | | | | $251,910.00 |
| Cecile Blais 26 South Village Southwick, MA 01077 | 413-831-6253 | Residency Agreement/Note | Contingent | | | $251,910.00 |
| Donald & Grace Snow 24 South Village Southwick, MA 01077 | dgsnow@atmc.net 413-831-6668 | Residency Agreement/Note | Contingent | | | $251,910.00 |
| Glen & Maureen Ebisch/Egan 8 Morningside Southwick, MA 01077 | maureenegan@comcast.net 413-998-3236 | Residency Agreement/Note | Contingent | | | $251,910.00 |
| Peter & Sonja Ickenroth 48 Sawmill Park Southwick, MA 01077 | 413-998-3390 | Residency Agreement/Note | Contingent | | | $251,910.00 |
| Tim & Barbara Eddy 47 Sawmill Park Southwick, MA 01077 | Lbeddy@msn.com 413-831-6904 | Residency Agreement/Note | Contingent | | | $251,910.00 |
| Edward & Carolyn McMahon 45 Sawmill Park Southwick, MA 01077 | 413-998-3468 | Residency Agreement/Note | Contingent | | | $251,910.00 |
| Marie Thompson 43 Sawmill Park Southwick, MA 01077 | 413-831-6686 | Residency Agreement/Note | Contingent | | | $251,910.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

| Debtor | **GKS Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beverly Demers c/o Sharon Henn 98 Parker St. Agawam, MA 01001 | 413-789-0254 | Residency Agreement/Note | Contingent | | | $242,910.00 |
| Barbara & Jeanne DeBold 6 Bayberry Southwick, MA 01077 | bnjatMontague@comcast.net 413-831-6455 | Residency Agreement/Note | Contingent | | | $242,910.00 |
| Elizabeth & John Brooks 80 Sawmill Park Southwick, MA 01077 | 413-998-3792 | Residency Agreement/Note | Contingent | | | $242,910.00 |
| Arthur & Anne Lichtenberger 54 Sawmill Park Southwick, MA 01077 | 413-569-0672 | Residency Agreement/Note | Contingent | | | $242,910.00 |
| George & Ellen Freeman 42 Sawmill Park Southwick, MA 01077 | 413-569-0390 | Residency Agreement/Note | Contingent | | | $242,910.00 |
| Mildred Zavarella 86 Sawmill Park Southwick, MA 01077 | 413-998-3037 | Residency Agreement/Note | Contingent | | | $233,966.25 |
| Earnest and Doris Gates c/o Holly Lewis 37 Broad Street Westfield, MA 01085 | 413-736-8737 | Residency Agreement/Note | | | | $233,910.00 |
| Mary Wirth 12 Westview Southwick, MA 01077 | 413-998-3549 | Residency Agreement/Note | Contingent | | | $233,910.00 |
| Marilyn Mackinnon 19 Morningside Southwick, MA 01077 | 413-569-4041 | Residency Agreement/Note | Contingent | | | $233,910.00 |
| Carol Ganek 62 Sawmill Park Southwick, MA 01077 | 413-998-3089 | Residency Agreement/Note | Contingent | | | $233,910.00 |
| Maria Gallo 30 Sawmill Park Southwick, MA 01077 | 413-831-6061 | Residency Agreement/Note | Contingent | | | $233,910.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **GKS Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Elizabeth Dillingham 18 Sawmill Park Southwick, MA 01077** | **jdillingham99@aol. com 413-569-2408** | **Residency Agreement/Note** | **Contingent** | | | **$233,910.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Massachusetts

In re    __GKS Corporation_____

                                     Debtor(s)

Case No. _____

Chapter   __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __December 26, 2019_____

           __/s/ Toby Shea_____

           __Toby Shea__/__Chief Restructuring Officer__
           Signer/Title

A & D Sewer & Septic
P.O. Box 1081
W. Springfield, MA 01090-1081

Andrew Moorhouse
Building Official
7 Moody Road
Enfield, CT 06082

c/o David Clark
59 Garfield St.
Springfield, MA 01108

A.I.M. Mutual Insurance
PO Box 4131
Woburn, MA 01888-4131

Automated Logic
PO Box 403257
Atlanta, GA 30384

Betts Plumbing & Heating Supply Inc
14 Coleman Avenue
P.O. Box 365
Westfield, MA 01086-0354

Alice Whitcomb
1 Sawmill Park
Apartment 201
Southwick, MA 01077

Barbara & Jeanne DeBold
6 Bayberry
Southwick, MA 01077

Beverly Demers
c/o Sharon Henn
98 Parker St.
Agawam, MA 01001

Allen Media, Inc.
21 College Street
South Hadley, MA 01075

Barbara Gilmore
14 Sawmill Park
Southwick, MA 01077

Beverly Janowetch
1 Sawmill Park
Apartment 108
Southwick, MA 01077

Alma Benton
3 Morningside
Southwick, MA 01077

Barbara Milos
33 South Village East
Southwick, MA 01077

Beverly Rzewnicki
21 South Village East
Southwick, MA 01077

Annmarie Brahm
5 South Village East
Southwick, MA 01077

Barbara Mortimer
5 Morningside
Southwick, MA 01077

Bob Kelly
13 South Village
Southwick, MA 01077

Arthur & Anne Lichtenberger
54 Sawmill Park
Southwick, MA 01077

Barbara Rogers
38 Sawmill Park
Southwick, MA 01077

Boston Mutual
PO Box 55153
Boston, MA 02205-5153

Arthur& Anne Lichtenberger
54 Sawmill Park
Southwick, MA 01077

Barrett & Singal
One Beacon Street Suite 1320
Boston, MA 02108-1320

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149

Ascensus
P.O. BOX 36472
Newark, NJ 07188-6472

Bay State Elevator Co., Inc.
P.O. Box 5
Dalton, MA 01227-0005

Carl & Margaret Mattson
56 Sawmill Park
Southwick, MA 01077

AT&T
PO Box 6463
Carol Stream, IL 60197-6463

Beacon Mechanical, LLC
PO Box 868
Granby, CT 06035

Carol and Graydon DeLand
7 Canal Road Apt. 216
Suffield, CT 06078

Carol Bernardand
2 Bayberry
Southwick, MA 01077

c/o James Lynch
17 Blake Road
Weston, MA 02493

18 Morningside
Southwick, MA 01077

Carol Ganek
62 Sawmill Park
Southwick, MA 01077

Charles Warner
41 Sawmill Park
Southwick, MA 01077

Conrad and Joan Clendenin
c/o Keith Clendenin
303 North Lane
Granville, MA 01034

Carol Quinn
4 Sawmill Park
Southwick, MA 01077

Chef Works
12325 Kerran St
Poway, CA 92064

Cosmo & Mary Avato
c/o Todd Ratner, Bacon & Wilson
33 State Street
Springfield, MA 01103

Carole D'Amato
14 South Village East
Southwick, MA 01077

Chester and Betty Stenzel
c/o Kate Dugan
63 Murray Ave.
Westfield, MA 01085

Daniels Equipment Co., Inc.
45 Priscilla Lane
Auburn, NH 03032

Carolyn Buchanan
43 South Village East
Southwick, MA 01077

Claire Rogers
16 Sawmill Park
Southwick, MA 01077

David Byington
1 Sawmill Park
Apartment 312
Southwick, MA 01077

Carolyn Yetman
64 Sawmill Park
Southwick, MA 01077

Clara Page
1 Sawmill Park
Apartment 309
Southwick, MA 01077

Dennis & Barb Fortin
66 Sawmill Park
Southwick, MA 01077

Catherine Cook
1 Sawmill Park
Apartment 109
Southwick, MA 01077

Clark Paint & Varnish Co., Inc.
966 Union Street
West Springfield, MA 01089

Department of Environmental Protectio
One Winter Street
Boston, MA 02108

Catherine Harrington
1 Sawmill Park
Apartment 302
Southwick, MA 01077

Clearfly Communications
Dept LA 24287
Pasadena, CA 91185-4287

Dexter & Joyce O'Brien
34 Sawmill Park
Southwick, MA 01077

Cebula Electronics Corp
637 Front Street
Chicopee, MA 01013

Comcast
P.O. Box 1577
Newark, NJ 07101-1577

Donald & Delia Phillips
17 South Village East
Southwick, MA 01077

Cecile Blais
26 South Village
Southwick, MA 01077

Commonwealth of Mass Dept of Fire Servic
One State Rd
Stow, MA 01775-1025

Donald & Grace Snow
24 South Village
Southwick, MA 01077

Donald and Lois Reed
c/o Donald F. Reed
206 Reeds Landing
Springfield, MA 01109

Donald Munro
c/o Donald Munro IV
11215 Valley Bend Dr.
Germantown, MD 20876

Dorina Konopka
2204 Hall Place NW
Washington, DC 20007

Doris Alexander
3 South Village East
Southwick, MA 01077

Dorothy Burke
15 South Village East
Southwick, MA 01077

Dorothy Kowaleski
1 Sawmill Park
Apartment 106
Southwick, MA 01077

Dorothy Mongeau
c/o Joanne Mongeau
267 Valley View Drive
Westfield, MA 01085

Dorothy Papageorge
10 Morningside
Southwick, MA 01077

Dorothy Whittaker
52 Sawmill Park
Southwick, MA 01077

Duva
479 Hartford Turnpike
PO Box 560
Shrewsbury, MA 01545

Eileen Bechard Gentberg
c/o Debra Curtis
37 Broad Street
Westfield, MA 01085

ECOLAB, INC
P.O. Box 32027
New York, NY 10087-2027

Edward & Carolyn McMahon
45 Sawmill Park
Southwick, MA 01077

Eileen Millette
c/o Janis Ogden
93 Ely St.
Westfield, MA 01085

Eleanor Davio
17 South Village
Southwick, MA 01077

Elizabeth & John Brooks
80 Sawmill Park
Southwick, MA 01077

Elizabeth Cassin
c/o Kathryn A. Cassin
61 Pleasant St.
Brattleboro, VT 05301

Elizabeth Dillingham
18 Sawmill Park
Southwick, MA 01077

Elizabeth Fernandez
c/o Mary Ann Fernandez (POA)
P.O. Box 243
Granville, MA 01034

Elizabeth Gaylord
31 South Village East
Southwick, MA 01077

Eleanor Bates Adams
72 Sawmill Park
Southwick, MA 01077

Erma Kellogg
c/o John Kellogg
7 Woods Way
Cliffton Park, NY 12065

Everett and Mable Wilder
c/o Charles Wilder
78 Granville Rd. #20
Westfield, MA 01085

Excel Nursing Services
4 Stony Hill Rd
Wilbraham, MA 01095

Executive Floor. Inc.
21Cranberry Lane
Granby, CT 06035

Executive Office of Elder Affairs
McCormack Building
One Ashburton Place #517
Boston, MA 02108

Family Appliance & Mechanical, Inc.
325 Walnut St Ext
Agawam, MA 01001

Farmer Brothers
P.O. Box 79705
City of Industry, CA 91716-9705

Fedor and Ellen Ruban
36 Sawmill Park
Southwick, MA 01077

Fire Protection Testing
1701 Highland Avenue #4
Cheshire, CT 06410

Florence Fournier
c/o Thomas Fournier
144 Kosak Court
Feeding Hills, MA 01030

1 Sawmill Park East
Southwick, MA 01077

44 Sawmill Park
Southwick, MA 01077

Food Services Resources
5350 McEver Road Ste A
Flowery Branch, GA 30542

George and Arlene Hughes
c/o Joan Benoitt
PO Box 764
Main Street
Blanford, MA 01008

Gretchen Shepard
20 Morningside
Southwick, MA 01077

Frances Trzasko
1 Sawmill Park
Apartment 209
Southwick, MA 01077

George Kelleher
c/o Christine Frappier
25 Tannery Road #6
Westfield, MA 01085

Guarco, Alan
115 Notch Road
Granby, CT 06035

Francis & Nancy McNulty
9 South Village East
Southwick, MA 01077

Geraldine Murphy
1 Sawmill Park
Apartment 310
Southwick, MA 01077

H.L. Dempsey Co.
103 Baldwin St.
P.O. Box 1110
West Springfield, MA 01090

Frank Nascembeni
c/o Scott Hibbert, Esq.
36 Ellison Ave
Agawam, MA 01001

Gerry & Joan Sodano
1 Sawmill Park
Apartment 216
Southwick, MA 01077

Harold & Joy Hannon
28 Sawmill Park
Southwick, MA 01077

Frank White
26 Sawmill Park
Southwick, MA 01077

Gladys Young
35 South Village East
Southwick, MA 01077

Harriet DelNegro
1 Sawmill Park
Apartment 306
Southwick, MA 01077

Frederick Rogers
90 Sawmill Park
Southwick, MA 01077

Glen & Maureen Ebisch/Egan
8 Morningside
Southwick, MA 01077

HD Supply
P.O. Box 509058
San Diego, CA 92150-9058

G & H Landscaping, Inc.
58 Commercial Street
Holyoke, MA 01040

Gordon and Mary Nelson
c/o Elizabeth Nelson
1866 Park Blvd
Palo Alto, CA 94306

Healthcare News, Inc.
1441 Main Street
Springfield, MA 01103

Gary M Weiner
Weiner Law Firm, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103

Gordon Miller
c/o William A. Page, Esq.
The Law Office of William A. Page P.C.
9 Abbott Street
Beverly, MA 01915

Henry and Shirley Wilcox
c/o Nancy Brown-Roy
3 Brayton Dr.
Southwick, MA 01077

George & Ellen Freeman
42 Sawmill Park
Southwick, MA 01077

Great White Cleaning Company
P.O. Box 1024
Westfield, MA 01086

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Building Supply, Inc.
635 College Highway
P.O. Box 200
Southwick, MA 01077-0200

Irene Kmiecik
58 Sawmill Park
Southwick, MA 01077

James & Anita McNamee
27 South Village East
Southwick, MA 01077

James & Joyce Niedzialkowski
23 South Village East
Southwick, MA 01077

James and Nancy Olsen
c/o Eric G. Olsen
147 Old Woodbury Road
Southbury, CT 06488

Jane Pratt
c/o Susan Moussette
12 Lowell Lane
Huntington, MA 01050

Jane Thompson
3 South Village
Southwick, MA 01077

Jean Lamoreau
c/o June Ligenza
P.O. Box 1041
Southwick, MA 01077

Jean Wroblewski
32 Sawmill Park
Southwick, MA 01077

Jelly Belly Pools
P.O. Box 936
58 Southwick Road
Westfield, MA 01086

J & H Insulation
c/o Cronin, Lukas &
Suffield on the River
1 Canal Road
Suffield, CT 06078

Joan Ugolik
10 Sawmill Park
Southwick, MA 01077

Joanne Melanson
2 South Village East
Southwick, MA 01077

John   Cannon
7 South Village East
Southwick, MA 01077

John & Lynn Litchfield
49 Sawmill Park
Southwick, MA 01077

John and Constance Cannon
c/o Chris Cannon
232 Forest Street
Reading, MA 01867

John J. O'Neil, Jr., Esq.
Francis, O'Neil LLC
255 Main Street
Hartford, CT 06106

John Miller
c/o Jackie Samalus
7 Northwoods Rd.
N. Granby, CT 06060

John Pearson
c/o Marjorie Donovan
155 Marble St.
Apt. 8
Lee, MA 01238

Johnstone Supply
590 Center Street
Chicopee, MA 01013

Davey, P.C.
21 McGrath Highway, Suite 201
Quincy, MA 02169

Joseph and Beverly Kingsley
c/o Gerald & Margaret Scoville
15 Laura Circle
Agawam, MA 01001

Joyce   Arnold
2-B Sawmill Park
Southwick, MA 01077

Joyce   Dudgeon
1 Sawmill Park
Apartment 319
Southwick, MA 01077

Judy Chase
c/o Lisa Beauvais (Atty)
171 Park Ave.
Ste 101
West Springfield, MA 01089

Julia Fiore
c/o Joan Greer-Schwartz
20 Holland Ave
Westfield, MA 01085

June Peterson
c/o Jill Koste
155 East Shore Drive
Colchester, CT 06415

June Powers
1 Sawmill Park
Apartment 111
Southwick, MA 01077

Kathleen  O'Connor
1 Sawmill Park
Apartment 104
Southwick, MA 01077

Kenneth and Janet Keighley
c/o Karen Arble
254 Locust St.
Holyoke, MA 01040

Laurel Brenneman
c/o Elizabeth Tavigliglu
20 Broad St.
New Winsor, NY 12533

Lawson Products
P.O. Box 809401
Chicago, IL 60680-9401

Lent's Enterprises, Inc.
95 Egleston Road
Westfield, MA 01085

Lesley Lorenzen
8 Sawmill Park
Southwick, MA 01077

Lester and Jane Hotaling
c/o Susan E. Hotaling
419 Lorraine Avenue
Utica, NY 13502

Liam J. Vesely, Esq.
Pierce Atwood LLP
100 Summer St
22nd Floor
Boston, MA 02110-2106

Liturgical Publications, Inc.
4560 East 71 Street
Cuyahoga Heights, OH 44105

Lorraine Tratiak
c/o Joann Tratiak
253 Redlands St.
Springfield, MA 01104

Louise Tagliavini
c/o Carl Tagliavini
112 Ridgecrest Drive
Westfield, MA 01085

Luigi DellaLuna
c/o Kevin Withers, Esq.
Egan Flanagan and Cohen PC
67 Market St.
Springfield, MA 01103

MA Dept. of Unemployment Assistance
Legal Department, 5th Floor
Attn. Chief Counsel
19 Staniford Street
Boston, MA 02114-2502

Majestic Theater
131 Elm Street
PO Box 511
West Springfield, MA 01089

Margaret Ferrero
c/o William A. Page, Esq.
The Law Office of William A. Page P.C.
9 Abbott Street
Beverly, MA 01915

Margaret Tella
c/o William and JoAnne Tella
2 Fairfield Road
Enfield, CT 06082

Maria Gallo
30 Sawmill Park
Southwick, MA 01077

Marian Herrick
4 Bayberry
Southwick, MA 01077

Marie Rhyne
1 Sawmill Park
Apartment 210
Southwick, MA 01077

Marie Thompson
43 Sawmill Park
Southwick, MA 01077

Marilyn Mackinnon
19 Morningside
Southwick, MA 01077

Marilyn Riddle
39 South Village East
Southwick, MA 01077

10 Westview
Southwick, MA 01077

Marjorie Lear
c/o David H. Lear
115 Moody Road
Enfield, CT 06082

Mark W. Powers, Esq.
Bowditch & Dewey LLP
311 Main Street
Worcester, MA 01608

Martha Cousins
c/o Michael Cousins
11 Gloria Dr.
Westfield, MA 01085

Mary Brogan
47 South Village East
Southwick, MA 01077

Mary Eaton
1 Sawmill Park
Apartment 207
Southwick, MA 01077

Mary Goodwin
1 Sawmill Park
Apartment 112
Southwick, MA 01077

Mary McLaughlin
c/o Barbara Wynn
40 Beach Rd.
Old Saybrook, CT 06475

Mary Van Loan
c/o Marta Van Loan
930 W. Arlington St.
Martinez, CA 94553

Mary Wirth
12 Westview
Southwick, MA 01077

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

NAPA Autoparts
PO Box 414988
Boston, MA 02241-4988

75 Post Office Park 2nd floor
Wilbraham, MA 01095

Maurice & Louise Brassard
74 Sawmill Park
Southwick, MA 01077

NAPA Autoparts
PO Box 414988
Boston, MA 02241-4988

R & R Power Equipment
127 Hartford Avenue
East Granby, CT 06026

Medco Supply Co
25 Northpointe Parkway Suite 25
Amherst, NY 14228

Paddy Stella
1 Sawmill Park
Apartment 102
Southwick, MA 01077

Ralph and Francena Smith
c/o Susan Kochanek
3 South Street
Westfield, MA 01085

MedTech
565 S. Mason Road Ste.484
Katy, TX 77450

Pat & Robert Bussolari
19 South Village East
Southwick, MA 01077

Ralph and Ruth D'Onfro
c/o Robin Gardner
2 Amberleaf Way
Southwick, MA 01077

Michael B. Katz, Esq.
Bacon Wilson LLP
33 State Street
Springfield, MA 01103

Patricia Breveleri
1 Sawmill Park
Apartment 205
Southwick, MA 01077

Ralph Cortis
1 Sawmill Park
Apartment 313
Southwick, MA 01077

Michael Guarco
7 Bayberry Drive
East Granby, CT 06026

Peggy Wood
6 South Village East
Southwick, MA 01077

ReadyRefresh by Nestle
PO Box 856192
Louisville, KY 40285-6192

Mildred Zavarella
86 Sawmill Park
Southwick, MA 01077

Peter & Sonja Ickenroth
48 Sawmill Park
Southwick, MA 01077

Reginald and Irene Larouche
c/o Reginald and Irene Larouche
803 Elm Street
Lady Lake, FL 32159

Milton Harnois
1 Sawmill Park
Apartment 214
Southwick, MA 01077

Phyllis Barclay
20 Sawmill Park
Southwick, MA 01077

Reliance Standard Insurance
PO Box 3124
Southeastern, PA 19398

Muriel Moras
c/o Kevin Withers, Esq.
Egan Flanagan and Cohen PC
67 Market St.
Springfield, MA 01103

Pitney Bowes Global Fin Services LLC
PO Box 371887
Pittsburgh, PA 15250-7887

Reminder Publications
280 North Main Street
East Longmeadow, MA 01028

Myrna Butler
13 South Village East
Southwick, MA 01077

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Remo Pirola
c/o Jonathan J. Davey, Esquire
21 McGrath Hwy
Ste 201
Quincy, MA 02169

Richard & Patricia Wilson
50 Sawmill Park
Southwick, MA 01077

Richard and Carole Pomeroy
c/o Richard & Phyllis Pomeroy
10214 Bay Drive
Westford, MA 01886

Richard and Nancy McBride
c/o Richard McBride
9715 Fanning Basket Lane
Ladson, SC 29456

RJ Mase, LLC
P.O. Box 2032
Norwalk, CT 06852-2032

Robert & Ceil Perry
1 Sawmill Park
Apartment 212
Southwick, MA 01077

Robert & Lorraine Bates
41 South Village East
Southwick, MA 01077

Robert and Lili Burns
c/o Kim Cosman
136 Barber Street
Springfield, MA 01109

Robert and Mary Tucker
c/o Renee Zaugg
3 Wyncourte
East Granby, CT 06026

Robert and Shirley DeSanti
c/o Carol Laflamme
29 Everett Street
Chicopee, MA 01020

Robert C. Sacco, Esq.
Lyon and Fitzpatrick LLP
14 Bobala Rd, 4th Floor
Holyoke, MA 01040

Roland & Patricia Goss
22 Sawmill Park
Southwick, MA 01077

Roland and Patricia Durocher
c/o Ronald Durocher
Quail Run Apt. 232
50 Cardinal Dr.
Agawam, MA 01001

Ronald & Jean Paro
84 Sawmill Park
Southwick, MA 01077

Ruth Hannum
c/o Patricia Turner, POA
1455 Main Rd.
Granville, MA 01034

Ryan P. McLane, Esq.
McLane & McLane, LLC
975A Springfield Street
Feeding Hills, MA 01030

Sarat Ford
245 Springfield Street
Agawam, MA 01001-1596

Sardilli Produce
212 Locust Street
Hartford, CT 06114

Selwyn Williams
24 Sawmill Park
Southwick, MA 01077

Serv-U Locksmiths
977 Saint James Ave.
Springfield, MA 01104

Shirley Anderson
39 Sawmill Park
Southwick, MA 01077

Robert G. O'Brien
c/o Richard H. Hastings
17 Bromont Street
Chicopee, MA 01020

Shirley Riga
51 South Village East
Southwick, MA 01077

Shirley Roy
c/o Chris Subotin-Prentice
77 Chesnut Lane
Agawam, MA 01001

Site One Landscape Supply
1004-1010 Memorial Ave
West Springfield, MA 01089-3518

Sophie Killips
1 Sawmill Park
Apartment 208
Southwick, MA 01077

Southwick Florist
P.O. Box 959
Southwick, MA 01077

Southwoods
P.O. Box 1106
610 College Highway
Southwick, MA 01077

Spath & Son, Inc
12 Old Stage Rd
Westfield, MA 01085

State Line Oil
514 Salmon Brook Street
P.O. Box 209
Granby, CT 06035

Stephen & Dorothy Piasicik
88 Sawmill Park
Southwick, MA 01077

Suzanne Risko
8 Westview
Southwick, MA 01077

PO Box 15124
Albany, NY 12212-5124

Suzanne Bruce
12 Morningside
Southwick, MA 01077

Town of Southwick
454 College Highway
Southwick, MA 01077

Virginia Orson
1 Sawmill Park
Apartment 303
Southwick, MA 01077

Sysco Connecticut, LLC
PO Box 4003
Rocky Hill, CT 06067-4003

Tynic Landscaping, LLC
PO Box 1010
Southwick, MA 01077

Wally & Shirley Cortis
1 Sawmill Park
Apartment 311
Southwick, MA 01077

Terry & Arlene Glanville
25 South Village East
Southwick, MA 01077

U.S.A. Hauling & Recycling, Inc.
P.O. Box 808
East Windsor, CT 06088

Walter Pilipski
17 Morningside
Southwick, MA 01077

The Republican
PO Box 9001026
Louisville, KY 40290-1026

Unidine Lifestyles
P.O. Box 102289
Atlanta, GA 30368-2289

Waltham Service, Inc.
P.O. Box 540538
Waltham, MA 02454-0538

Theodore & Marjorie Hellstein
16 Morningside
Southwick, MA 01077

United Rentals
PO Box 100711
Atlanta, GA 30384-0711

Weld Power Service Co.
1529 Grafton Road
Millbury, MA 01527-4332

Theresa DeGray
19 South Village
Southwick, MA 01077

Ursula Mac
1 Sawmill Park
Apartment 105
Southwick, MA 01077

Wells Fargo Vendor Financial Services
PO Box 35701
Billings, MT 59107

Thomas Kozik
45 South Village East
Southwick, MA 01077

Ursula Mac
c/o Kevin Withers, Esq.
Egan Flanagan and Cohen PC
67 Market St.
Springfield, MA 01103

Westfield Bank
141 Elm Street
Westfield, MA 01805

ThreadZ by Design
59 N Elm Street
Westfield, MA 01085

USA Mechanical
15 D International Drive
East Granby, CT 06026

Whittlesey & Hadley, PC
280 Trumbull Street
Hartford, CT 06103-3509

Tilia Fantasia
15 Morningside
Southwick, MA 01077

Valvoline Express
P.O. Box 319
657 College Highway
Southwick, MA 01077

William & Carol Tynan
c/o Doug Tynan
65 Nook Farms Road
Windsor, CT 06095

29 South Village East
Southwick, MA 01077


William and JoAnne Tella
c/o William and JoAnne Tella
2 Fairfield Road
Enfield, CT 06082


William Bozenhard
c/o Krista Wood
29 Primrose Lane
Agawam, MA 01001


Y.M.C.A.
67 Court Street
Westfield, MA 01085

# United States Bankruptcy Court
## District of Massachusetts

In re   **GKS Corporation**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **GKS Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 26, 2019**

Date

**/s/ Michael J. Goldberg**

**Michael J. Goldberg 551869**

Signature of Attorney or Litigant

Counsel for   **GKS Corporation**

**Casner & Edwards, LLP**

**303 Congress Street**
**Boston, MA 02210**
**617-426-5900 Fax:617-426-8810**
**goldberg@casneredwards.com**