**Fill in this information to identify the case:**

Debtor name **GKS Corporation**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **19-30998**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 17, 2020**          X **/s/ Toby Shea**
                                          Signature of individual signing on behalf of debtor

                                          **Toby Shea**
                                          Printed name

                                          **Chief Restructuring Officer**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **GKS Corporation**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **19-30998**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.......................................................................................... $   **7,700,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*........................................................................................ $   **420,566.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.......................................................................................... $   **8,120,566.00**

---

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $   **3,771,898.25**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $   **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$   **28,360,287.30**

4.  **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b

    $   **32,132,185.55**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GKS Corporation** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **19-30998** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.    **Westfield Bank** | **Small business checking** | **8577** | **$250,000.00** |
| 3.2.    **Westfield Bank** | **Small business checking** | **3118** | **$41,820.00** |
| 3.3.    **Berkshire Bank** | **Checking - payroll** | **8711** | **$5,176.00** |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$296,996.00**

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **GKS Corporation** | Case number *(If known)* **19-30998** |
|---|---|---|
| | Name | |

| 8.1. | **Prepayment of insurance premiums to Phillips Insurance (paid on or about 3/1/2019)** | **$500.00** |
|---|---|---|

| 9. | **Total of Part 2.** | **$500.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **43,070.00** <br> face amount | - | **35,000.00** <br> doubtful or uncollectible accounts = .... | **$8,070.00** |
| | 11b. Over 90 days old: | **27,645.00** <br> face amount | - | **27,645.00** <br> doubtful or uncollectible accounts =.... | **$0.00** |

| 12. | **Total of Part 3.** | **$8,070.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies <br> Supplies | Unknown | $15,000.00 | Estimate | $15,000.00 |

| 23. | **Total of Part 5.** | **$15,000.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

| 24. | **Is any of the property listed in Part 5 perishable?** |
|---|---|
| | ■ No |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **GKS Corporation** | Case number *(If known)* **19-30998** |
|---|---|---|
| | Name | |

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☑ Yes. Book value         **1,000.00**   Valuation method   **Estimate**        Current Value        **1,000.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment and furniture | $491,126.00 | Estimate | $50,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                   $50,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **GKS Corporation**                                                 Case number *(If known)*  **19-30998**
_____Name_____

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **Wheelchair van; Lincoln Town & Country; 2 work trucks; plow truck; minivan** | **$6,000.00** | Estimate | **$20,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       **Yard tools; work tools; tool cat; snow blower**      **$18,000.00**    Estimate    **$30,000.00**

51.    **Total of Part 8.**                                                                      **$50,000.00**
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54.    **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1 Sawmill Park, Southwick, MA 01077** | **Fee simple** | **$20,254,000.00** | **2010 Appraisal** | **$7,700,000.00** |

56.    **Total of Part 9.**                                                                      **$7,700,000.00**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **GKS Corporation** | Case number *(if known)* | **19-30998** |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** **EOEA license (assisted living)** | $0.00 | | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

| Debtor | **GKS Corporation** | | Case number *(If known)* | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

| **Claim against Debbie DePaola for failure to deduct/pay health insurance premiums and personal expenses paid by Debtor without authorization** | | **Unknown** |
|---|---|---|
| **Nature of claim** | **Conversion** | |
| **Amount requested** | **$0.00** | |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
     **Rights in escrowed entrance fees totaling $641,219 pursuant to Escrow Agreements with the following residents (1) Barbara Rogers; (2) Robert & Lorraine Bates; (3) Theresa DeGray.  Escrowed entrance fees being held by Calvin W. Annino, Esq. as Escrow Agent**                               **Unknown**

78.  **Total of Part 11.**                                                                             **$0.00**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **GKS Corporation** | Case number *(If known)* **19-30998** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $296,996.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,070.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $7,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $420,566.00 | + 91b. $7,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,120,566.00 |

**Fill in this information to identify the case:**

Debtor name: **GKS Corporation**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known): **19-30998**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Dorina Konopka**<br>Creditor's Name<br><br>**2204 Hall Place NW**<br>**Washington, DC 20007**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/19**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Town of Southwick**<br>**2. Westfield Bank**<br>**3. Steven Pirola**<br>**4. Steven Tynan**<br>**5. Martha Cousins**<br>**6. Dorina Konopka** | **Describe debtor's property that is subject to a lien**<br>**1 Sawmill Park, Southwick, MA 01077**<br><br><br>**Describe the lien**<br>**Subordinate mortgage**<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $145,000.00 | $7,700,000.00 |
| **2.2** **Martha Cousins**<br>Creditor's Name<br>**c/o Michael Cousins**<br>**11 Gloria Dr.**<br>**Westfield, MA 01085**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**8/06** | **Describe debtor's property that is subject to a lien**<br>**1 Sawmill Park, Southwick, MA 01077**<br><br><br>**Describe the lien**<br>**Attachment**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $207,920.00 | $7,700,000.00 |

Debtor   **GKS Corporation**

Name

Case number (if know)   **19-30998**

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |

---

| | | | |
|---|---|---|---|
| 2.3 | **Steven Pirola** | **Describe debtor's property that is subject to a lien** | $147,610.00 $7,700,000.00 |
| | Creditor's Name | **1 Sawmill Park, Southwick, MA 01077** | |
| | **c/o Jonathan J. Davey, Esquire**<br>**21 McGrath Hwy**<br>**Ste 201**<br>**Quincy, MA 02169** | | |
| | Creditor's mailing address | **Describe the lien**<br>**Attachment** | |
| | | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred**<br>**12/12**<br>**Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |

---

| | | | |
|---|---|---|---|
| 2.4 | **Steven Tynan** | **Describe debtor's property that is subject to a lien** | $218,313.88 $7,700,000.00 |
| | Creditor's Name | **1 Sawmill Park, Southwick, MA 01077** | |
| | **c/o Doug Tynan**<br>**65 Nook Farms Road**<br>**Windsor, CT 06095** | | |
| | Creditor's mailing address | **Describe the lien**<br>**Attachment** | |
| | | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred**<br>**4/13**<br>**Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |

---

| | | | |
|---|---|---|---|
| 2.5 | **Town of Southwick** | **Describe debtor's property that is subject to a lien** | $623,531.53 $7,700,000.00 |

Debtor    **GKS Corporation**
_____    Case number (if know)    **19-30998**
Name

Creditor's Name    **1 Sawmill Park, Southwick, MA 01077**

**454 College Highway**
**Southwick, MA 01077**

Creditor's mailing address    **Describe the lien**
**Municipal Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known    **Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
☐ No    ☐ Contingent
■ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
**Specified on line 2.1**

---

| 2.6 | **Wells Fargo Vendor** | | | |
|---|---|---|---|---|

**Financial Services, L**    **Describe debtor's property that is subject to a lien**    **$56,106.00**    **$25,000.00**
Creditor's Name    **Tool cat; snow blower**

**PO Box 35701**
**Billings, MT 59107**

Creditor's mailing address    **Describe the lien**
**Equipment lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known    **Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.7 | **Westfield Bank** | | | |
|---|---|---|---|---|

Creditor's Name    **Describe debtor's property that is subject to a lien**    **$2,373,416.84**    **$7,700,000.00**
**Substantially all assets**

**141 Elm Street**
**Westfield, MA 01805**

Creditor's mailing address    **Describe the lien**
**All asset security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known    **Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

| Debtor | **GKS Corporation** | Case number (if know) | **19-30998** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $3,771,898.25 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Gardner H. Palmer**<br>**Law Office of Joseph M. DiOrio, Inc.**<br>**144 Westminster Street**<br>**Suite 302**<br>**Providence, RI 02903** | Line  **2.7** | |
| **Jonathan Davey, Esq.**<br>**Davey, P.C.**<br>**21 McGrath Highway, Suite 201**<br>**Quincy, MA 02169** | Line  **2.3** | |
| **Liam J. Vesely, Esq.**<br>**Pierce Atwood, LLP**<br>**100 Summer St.**<br>**Boston, MA 02110** | Line  **2.4** | |
| **Robert C. Sacco, Esq.**<br>**Lyon & Fitzpatrick LLP**<br>**14 Bobala Rd., 4th Floor**<br>**Holyoke, MA 01040** | Line  **2.2** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**Fill in this information to identify the case:**

Debtor name ___**GKS Corporation**___

United States Bankruptcy Court for the: ___DISTRICT OF MASSACHUSETTS___

Case number (if known) ___**19-30998**___

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|   | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A & D Sewer & Drain**<br>**P.O. Box 1081**<br>**W. Springfield, MA 01090-1081**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Payable__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $350.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A.I.M. Mutual Insurance**<br>**PO Box 4131**<br>**Woburn, MA 01888-4131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Payable__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,861.00 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Alice Whitcomb**<br>**1 Sawmill Park**<br>**Apartment 201**<br>**Southwick, MA 01077**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Residency Agreement/Note__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $143,910.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Allen Media, Inc.**<br>**21 College Street**<br>**South Hadley, MA 01075**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Payable__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $6,800.00 |

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,410.00** |
|---|---|---|---|

**Alma Benton**
**3 Morningside**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194,310.00** |
|---|---|---|---|

**Annmarie Brahm**
**5 South Village East**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242,910.00** |
|---|---|---|---|

**Arthur& Anne Lichtenberger**
**54 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$797.50** |
|---|---|---|---|

**Ascensus**
**P.O. BOX 36472**
**Newark, NJ 07188-6472**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$995.80** |
|---|---|---|---|

**AT&T**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,657.50** |
|---|---|---|---|

**Atlas Overhead Door Sales Co.**
**Building 2 Unit A**
**7 Moody Road**
**Enfield, CT 06082**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,588.19** |
|---|---|---|---|

**Automated Logic -**
**PO Box 403257**
**Atlanta, GA 30384**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242,910.00** |
|---|---|---|---|
| | **Barbara & Jeanne DeBold**<br>**6 Bayberry**<br>**Southwick, MA 01077** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Residency Agreement/Note** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206,910.00** |
|---|---|---|---|
| | **Barbara Gilmore**<br>**14 Sawmill Park**<br>**Southwick, MA 01077** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Residency Agreement/Note** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$194,310.00** |
|---|---|---|---|
| | **Barbara Milos**<br>**33 South Village East**<br>**Southwick, MA 01077** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Residency Agreement/Note** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215,010.00** |
|---|---|---|---|
| | **Barbara Mortimer**<br>**5 Morningside**<br>**Southwick, MA 01077** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Residency Agreement/Note** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214,237.80** |
|---|---|---|---|
| | **Barbara Rogers**<br>**38 Sawmill Park**<br>**Southwick, MA 01077** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Residency Agreement/entrance fee in escrow** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,665.50** |
|---|---|---|---|
| | **Barrett & Singal**<br>**One Beacon Street Suite 1320**<br>**Boston, MA 02108-1320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Payable** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,249.92** |
|---|---|---|---|
| | **Bay State Elevator Co., Inc.**<br>**P.O. Box 5**<br>**Dalton, MA 01227-0005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Payable** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,022.69** |
|---|---|---|---|

**Beacon Mechanical, LLC**
**PO Box 868**
**Granby, CT 06035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$139,493.70** |
|---|---|---|---|

**Bernadine Clark**
**c/o David Clark**
**59 Garfield St.**
**Springfield, MA 01108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Residency Agreement/Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,104.93** |
|---|---|---|---|

**Betts Plumbing & Heating Supply Inc.**
**14 Coleman Avenue**
**P.O. Box 365**
**Westfield, MA 01086-0354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$242,910.00** |
|---|---|---|---|

**Beverly Demers**
**c/o Sharon Henn**
**98 Parker St.**
**Agawam, MA 01001**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Residency Agreement/Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$176,310.00** |
|---|---|---|---|

**Beverly Rzewnicki**
**21 South Village East**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Residency Agreement/Note__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175,920.00** |
|---|---|---|---|

**Bob Kelly**
**13 South Village**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Residency Agreement/Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$109.28** |
|---|---|---|---|

**Boston Mutual**
**PO Box 55153**
**Boston, MA 02205-5153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | Case number (*if known*) | **19-30998** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$212.50** |
|---|---|---|---|

**Canon Financial Services, Inc.**
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$203,310.00** |
|---|---|---|---|

**Carl & Margaret Mattson**
**56 Sawmill Park**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215,910.00** |
|---|---|---|---|

**Carol and Graydon DeLand**
**7 Canal Road Apt. 216**
**Suffield, CT 06078**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193,410.00** |
|---|---|---|---|

**Carol Bernardara**
**2 Bayberry**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$233,910.00** |
|---|---|---|---|

**Carol Ganek**
**62 Sawmill Park**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,920.00** |
|---|---|---|---|

**Carol Quinn**
**4 Sawmill Park**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161,836.00** |
|---|---|---|---|

**Carole D'Amato**
**14 South Village East**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **GKS Corporation** | | Case number (if known) | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,920.00 |
|---|---|---|---|

**Carolyn Buchanan**
**43 South Village East**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,910.00 |
|---|---|---|---|

**Carolyn Yetman**
**64 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185,310.00 |
|---|---|---|---|

**Catherine Harrington**
**1 Sawmill Park**
**Apartment 302**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|

**Cebula Electronics Corp**
**637 Front Street**
**Chicopee, MA 01013**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251,910.00 |
|---|---|---|---|

**Cecile Blais**
**26 South Village**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,910.00 |
|---|---|---|---|

**Charles Nitsch**
**c/o Judith Nitsch**
**17 Blake Road**
**Weston, MA 02493**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,410.00 |
|---|---|---|---|

**Charles Warner**
**41 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | | | |
|---|---|---|---|---|
| | Name | | Case number (*if known*) | **19-30998** |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.11** |
|---|---|---|---|

**Chef Works**
12325 Kerran St
Poway, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170,910.00** |
|---|---|---|---|

**Chester and Betty Stenzel**
c/o Kate Dugan
63 Murray Ave.
Westfield, MA 01085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,910.00** |
|---|---|---|---|

**Claire Rogers**
16 Sawmill Park
Southwick, MA 01077

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,910.00** |
|---|---|---|---|

**Clara Page**
1 Sawmill Park
Apartment 309
Southwick, MA 01077

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$425.79** |
|---|---|---|---|

**Clark Paint & Varnish Co., Inc.**
966 Union Street
West Springfield, MA 01089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.09** |
|---|---|---|---|

**Clearfly Communications**
Dept LA 24287
Pasadena, CA 91185-4287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,289.28** |
|---|---|---|---|

**Comcast**
P.O. Box 1577
Newark, NJ 07101-1577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **GKS Corporation** | | Case number *(if known)* | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

---

**3.47**   **Nonpriority creditor's name and mailing address**

**Commonwealth of Mass Dept of Fire Servic**
**One State Rd**
**Stow, MA 01775-1025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.48**   **Nonpriority creditor's name and mailing address**

**Connie Johnson**
**18 Morningside**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

**$138,845.70**

---

**3.49**   **Nonpriority creditor's name and mailing address**

**Conrad and Joan Clendenin**
**c/o Keith Clendenin**
**303 North Lane**
**Granville, MA 01034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

**$193,410.00**

---

**3.50**   **Nonpriority creditor's name and mailing address**

**Cosmo & Mary Avato**
**c/o Todd Ratner, Bacon & Wilson**
**33 State Street**
**Springfield, MA 01103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

**$177,292.00**

---

**3.51**   **Nonpriority creditor's name and mailing address**

**Daniels Equipment Co., Inc.**
**45 Priscilla Lane**
**Auburn, NH 03032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$107.13**

---

**3.52**   **Nonpriority creditor's name and mailing address**

**David  Byington**
**1 Sawmill Park**
**Apartment 312**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

**$103,920.00**

---

**3.53**   **Nonpriority creditor's name and mailing address**

**Dennis & Barb Fortin**
**66 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

**$212,310.00**

---

| Debtor | **GKS Corporation** | | Case number (if known) | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,910.00**

**Dexter & Joyce O'Brien**
**34 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **$170,019.00**

**Donald & Delia Phillips**
**17 South Village East**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **$251,910.00**

**Donald & Grace Snow**
**24 South Village**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **$213,753.31**

**Donald and Lois Reed**
**c/o Donald F. Reed**
**206 Reeds Landing**
**Springfield, MA 01109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **$170,910.00**

**Donald Munro**
**c/o Donald Munro IV**
**11215 Valley Bend Dr.**
**Germantown, MD 20876**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **$39,323.00**

**Dorina Konopka**
**2204 Hall Place NW**
**Washington, DC 20007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Related Party Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **$211,850.10**

**Doris Alexander**
**3 South Village East**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **GKS Corporation** | | Case number (if known) | **19-30998** |
|---|---|---|---|---|

Name

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$176,310.00** |
|---|---|---|---|

**Dorothy Burke**
**15 South Village East**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$159,900.00** |
|---|---|---|---|

**Dorothy Mongeau**
**c/o Joanne Mongeau**
**267 Valley View Drive**
**Westfield, MA 01085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$161,910.00** |
|---|---|---|---|

**Dorothy Papageorge**
**10 Morningside**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$126,836.00** |
|---|---|---|---|

**Dorothy Whittaker**
**52 Sawmill Park**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$213.19** |
|---|---|---|---|

**Duva**
**479 Hartford Turnpike**
**PO Box 560**
**Shrewsbury, MA 01545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Earnest and Doris Gates**
**c/o Holly Lewis**
**37 Broad Street**
**Westfield, MA 01085**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Life Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$466.78** |
|---|---|---|---|

**ECOLAB, INC**
**P.O. Box 32027**
**New York, NY 10087-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | | Case number (if known) | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251,910.00** |
|---|---|---|---|
| | **Edward & Carolyn McMahon** | ■ Contingent | |
| | **45 Sawmill Park** | ☐ Unliquidated | |
| | **Southwick, MA 01077** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Residency Agreement/Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,906.28** |
|---|---|---|---|
| | **Eileen Millette** | ☐ Contingent | |
| | **c/o Janis Ogden** | ☐ Unliquidated | |
| | **93 Ely St.** | ☐ Disputed | |
| | **Westfield, MA 01085** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Residency Agreement/Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123,920.00** |
|---|---|---|---|
| | **Eleanor Davio** | ■ Contingent | |
| | **17 South Village** | ☐ Unliquidated | |
| | **Southwick, MA 01077** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Residency Agreement/Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242,910.00** |
|---|---|---|---|
| | **Elizabeth & John Brooks** | ■ Contingent | |
| | **80 Sawmill Park** | ☐ Unliquidated | |
| | **Southwick, MA 01077** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Residency Agreement/Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176,310.00** |
|---|---|---|---|
| | **Elizabeth Cassin** | ☐ Contingent | |
| | **c/o Kathryn A. Cassin** | ☐ Unliquidated | |
| | **61 Pleasant St.** | ☐ Disputed | |
| | **Brattleboro, VT 05301** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Residency Agreement/Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233,910.00** |
|---|---|---|---|
| | **Elizabeth Dillingham** | ■ Contingent | |
| | **18 Sawmill Park** | ☐ Unliquidated | |
| | **Southwick, MA 01077** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Residency Agreement/Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,549.15** |
|---|---|---|---|
| | **Elizabeth Fernandez** | ☐ Contingent | |
| | **c/o Mary Ann Fernandez (POA)** | ☐ Unliquidated | |
| | **P.O. Box 243** | ☐ Disputed | |
| | **Granville, MA 01034** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Residency Agreement/Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **GKS Corporation** | | Case number (if known) | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215,920.00**

**Elizabeth Gaylord**
**31 South Village East**
**Southwick, MA 01077**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ella Adamites**
**72 Sawmill Park**
**Southwick, MA 01077**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Life Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156,182.20**

**Erma Kellogg**
**c/o John Kellogg**
**7 Woods Way**
**Cliffton Park, NY 12065**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,918.56**

**Everett and Mable Wilder**
**Charles Wilder**
**78 Granville Rd #20**
**Westfield, MA 01085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,479.45**

**Excel Nursing Services**
**4 Stony Hill Rd**
**Wilbraham, MA 01095**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.50**

**Executive Floor. Inc.**
**21Cranberry Lane**
**Granby, CT 06035**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,782.50**

**Family Appliance & Mechanical, Inc.**
**325 Walnut St Ext**
**Agawam, MA 01001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | | Case number (*if known*) | **19-30998** |
|---|---|---|---|---|

Name

---

**3.82** | Nonpriority creditor's name and mailing address
**Farmer Brothers**
P.O. Box 79705
City of Industry, CA 91716-9705

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,287.52**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address
**Fire Protection Testing**
1701 Highland Avenue #4
Cheshire, CT 06410

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$15,312.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address
**Florence Fournier**
c/o Thomas Fournier
144 Kosak Court
Feeding Hills
MA, 0 01030

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$161,910.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address
**Food Services Resources**
5350 McEver Road Ste A
Flowery Branch, GA 30542

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$183.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address
**Frances Trzasko**
1 Sawmill Park
Apartment 209
Southwick, MA 01077

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$128,610.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address
**Francis & Nancy McNulty**
9 South Village East
Southwick, MA 01077

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$179,910.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address
**Frank Nascembeni**
c/o Paul Nascimbeni
36 Ellison
Agawam, MA 01001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$110,880.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180,463.50** |
|---|---|---|---|

**Frank White**
**26 Sawmill Park**
**Southwick, MA 01077**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$197,910.00** |
|---|---|---|---|

**Frederick Rogers**
**90 Sawmill Park**
**Southwick, MA 01077**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,523.93** |
|---|---|---|---|

**G & H Landscaping, Inc.**
**58 Commercial Street**
**Holyoke, MA 01040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242,910.00** |
|---|---|---|---|

**George & Ellen Freeman**
**42 Sawmill Park**
**Southwick, MA 01077**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157,836.00** |
|---|---|---|---|

**George & Judith  Wheeler**
**1 South Village East**
**Southwick, MA 01077**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157,144.14** |
|---|---|---|---|

**George and Arlene Hughes**
**c/o Joan Benoitt**
**PO Box 764**
**Blanford, MA 01008**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,591.00** |
|---|---|---|---|

**George Kelleher**
**c/o Christine Frappier**
**25 Tannery Road #6**
**Westfield, MA 01085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | | Case number (if known) | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,910.00 |
|---|---|---|---|

**Geraldine Murphy**
**1 Sawmill Park**
**Apartment 310**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,410.00 |
|---|---|---|---|

**Gerry & Joan Sodano**
**1 Sawmill Park**
**Apartment 216**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176,310.00 |
|---|---|---|---|

**Gladys Young**
**35 South Village East**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251,910.00 |
|---|---|---|---|

**Glen & Maureen Ebisch/Egan**
**8 Morningside**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191,920.00 |
|---|---|---|---|

**Gordon and Mary Nelson**
**c/o Elizabeth Nelson**
**1866 Park Blvd**
**Palo, CA 64306**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,955.00 |
|---|---|---|---|

**Gordon Miller**
**c/o William A. Page, Esq.**
**The Law Office of William A. Page P.C.**
**9 Abbott Street**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |
|---|---|---|---|

**Great White Cleaning Company**
**P.O. Box 1024**
**Westfield, MA 01086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **GKS Corporation** | | Case number (if known) | **19-30998** |
|---|---|---|---|---|

Name

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197,910.00** |
|---|---|---|---|

**Gretchen Mackechnie**
**44 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,130.00** |
|---|---|---|---|

**Gretchen Shepard**
**20 Morningside**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Guarco, Alan**
**115 Notch Road**
**Granby, CT 06035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Related Party Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,535.31** |
|---|---|---|---|

**H.L. Dempsey Co.**
**103 Baldwin St.**
**P.O. Box 1110**
**West Springfield, MA 01090**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,910.00** |
|---|---|---|---|

**Harold & Joy Hannon**
**28 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$923.41** |
|---|---|---|---|

**HD Supply**
**P.O. Box 509058**
**San Diego, CA 92150-9058**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Healthcare News, Inc.**
**1441 Main Street**
**Springfield, MA 01103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
|---|---|---|---|
| | Name | | |

---

**3.110** | Nonpriority creditor's name and mailing address
**Henry and Shirley Wilcox**
**c/o Nancy Brown-Roy**
**3 Brayton Dr.**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$212,310.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address
**Interstate Building Supply, Inc.**
**635 College Highway**
**P.O. Box 200**
**Southwick, MA 01077-0200**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$110.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address
**Irene Kmiecik**
**58 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$111,920.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address
**James & Anita McNamee**
**27 South Village East**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$146,745.60**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address
**James & Joyce Niedzialkowski**
**23 South Village East**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$176,310.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address
**James and Nancy Olsen**
**c/o Eric G. Olsen**
**147 Old Woodbury Road**
**Southbury, CT 06488**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$196,472.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address
**Jane Pratt**
**c/o Susan Moussette**
**12 Lowell Lane**
**Huntington, MA 01050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$189,079.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | Case number *(if known)* | **19-30998** |
|---|---|---|---|
| | Name | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180,090.00** |
|---|---|---|---|

**Jane Thompson**
**3 South Village**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123,396.64** |
|---|---|---|---|

**Jean Lamoreau**
**c/o June Ligenza**
**P.O. Box 1041**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jean Wroblewski**
**32 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Life Lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$548.23** |
|---|---|---|---|

**Jelly Belly Pools**
**P.O. Box 936**
**58 Southwick Road**
**Westfield, MA 01086**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126,869.78** |
|---|---|---|---|

**Jennie Colson**
**c/o Olga Colson**
**Suffield on the River**
**1 Canal Road**
**Suffield, CT 06078**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,410.00** |
|---|---|---|---|

**Joan Ugolik**
**10 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179,910.00** |
|---|---|---|---|

**Joanne Melanson**
**2 South Village East**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
|---|---|---|---|
| | Name | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130,659.20** |
|---|---|---|---|

**John Cannon**
**7 South Village East**
**Southwick, MA 01077**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$212,745.65** |
|---|---|---|---|

**John & Lynn Litchfield**
**49 Sawmill Park**
**Southwick, MA 01077**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$171,611.62** |
|---|---|---|---|

**John and Constance Cannon**
**c/o Chris Cannon**
**232 Forest Street**
**Reading, MA 01867**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$111,920.00** |
|---|---|---|---|

**John Miller**
**c/o Jackie Samalus**
**7 Northwoods Rd.**
**N. Granby, CT 06060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$148,410.00** |
|---|---|---|---|

**John Pearson**
**c/o Marjorie Donovan**
**155 Marble St.**
**Apt. 8**
**Lee, MA 01238**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,412.14** |
|---|---|---|---|

**Johnstone Supply**
**590 Center Street**
**Chicopee, MA 01013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$112,772.12** |
|---|---|---|---|

**Joseph and Beverly Kingsley**
**c/o Gerald & Margaret Scoville**
**15 Laura Circle**
**Agawam, MA 01001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Residency Agreement/Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
|---|---|---|---|
| | Name | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,920.00 |
|---|---|---|---|

**Joyce  Arnold**
**2-B Sawmill Park**
**Southwick, MA 01077**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Residency Agreement/Note**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,410.00 |
|---|---|---|---|

**Joyce  Dudgeon**
**1 Sawmill Park**
**Apartment 319**
**Southwick, MA 01077**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Residency Agreement/Note**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,998.50 |
|---|---|---|---|

**Judy Chase**
**c/o Lisa Beauvais (Atty)**
**171 Park Ave.**
**Ste 101**
**West Springfield, MA 01089**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Residency Agreement/Note**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,910.00 |
|---|---|---|---|

**Julia Fiore**
**c/o Joan Greer-Schwartz**
**20 Holland Ave**
**Westfield, MA 01085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Residency Agreement/Note**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176,743.31 |
|---|---|---|---|

**June Peterson**
**c/o Jill Koste**
**155 East Shore Drive**
**Colchester, CT 06415**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Residency Agreement/Note**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179,910.00 |
|---|---|---|---|

**Kenneth and Janet Keighley**
**c/o Karen Arble**
**254 Locust St.**
**Holyoke, MA 01040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Residency Agreement/Note**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,410.00 |
|---|---|---|---|

**Laurel Brenneman**
**c/o Elizabeth Tavigliglu**
**20 Broad St.**
**New Winsor, NY 12553**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Residency Agreement/Note**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **GKS Corporation** | | Case number (if known) | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87.68** |
|---|---|---|---|

**Lawson Products**
P.O. Box 809401
Chicago, IL 60680-9401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,900.00** |
|---|---|---|---|

**Lent's Enterprises, Inc.**
95 Egleston Road
Westfield, MA 01085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161,836.00** |
|---|---|---|---|

**Lesley Lorenzen**
8 Sawmill Park
Southwick, MA 01077

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,920.00** |
|---|---|---|---|

**Lester and Jane Hotaling**
c/o Susan E. Hotaling
419 Lorraine Avenue
Utica, NY 13502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162.50** |
|---|---|---|---|

**Liturgical Publications, Inc.**
4560 East 71 Street
Cuyahoga Heights, OH 44105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,900.00** |
|---|---|---|---|

**Lorraine Tratiak**
c/o Joann Tratiak
253 Redlands St.
Springfield, MA 01104

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205,382.50** |
|---|---|---|---|

**Louise Tagliavini**
c/o Carl Tagliavini
112 Ridgecrest Drive
Westfield, MA 01085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
|---|---|---|---|
| | Name | | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156,182.20** |
|---|---|---|---|

**Luigi DellaLuna**
**c/o Kevin Withers, Esq.**
**Egan Flanagan and Cohen PC**
**67 Market St.**
**Springfield, MA 01103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$533.00** |
|---|---|---|---|

**Majestic Theater**
**131 Elm Street**
**PO Box 511**
**West Springfield, MA 01089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,283.00** |
|---|---|---|---|

**Margaret Ferrero**
**c/o William A. Page, Esq.**
**The Law Office of William A. Page P.C.**
**9 Abbott Street**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135,621.09** |
|---|---|---|---|

**Margaret Tella**
**c/o William and JoAnne Tella**
**2 Fairfield Road**
**Enfield, CT 06082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233,910.00** |
|---|---|---|---|

**Maria Gallo**
**30 Sawmill Park**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137,623.50** |
|---|---|---|---|

**Marian Herrick**
**4 Bayberry**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148,410.00** |
|---|---|---|---|

**Marie Rhyne**
**1 Sawmill Park**
**Apartment 210**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **GKS Corporation**                                          Case number (if known)    **19-30998**

_____
Name

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251,910.00 |
|---|---|---|---|

**Marie Thompson**
**43 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233,910.00 |
|---|---|---|---|

**Marilyn Mackinnon**
**19 Morningside**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176,310.00 |
|---|---|---|---|

**Marilyn Riddle**
**39 South Village East**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,910.00 |
|---|---|---|---|

**Marion Mistretta**
**10 Westview**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,621.09 |
|---|---|---|---|

**Marjorie Lear**
**c/o David H. Lear**
**115 Moody Road**
**Enfield, CT 06082**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193,836.00 |
|---|---|---|---|

**Mary Brogan**
**47 South Village East**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,910.00 |
|---|---|---|---|

**Mary Eaton**
**1 Sawmill Park**
**Apartment 207**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | **GKS Corporation** | | Case number (*if known*) | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,910.00** |
|---|---|---|---|
| | **Mary McLaughlin**<br>**c/o Barbara Wynn**<br>**40 Beach Rd.**<br>**Old Saybrook, CT 06475** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Residency Agreement/Note** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212,310.00** |
|---|---|---|---|
| | **Mary Van Loan**<br>**c/o Marta Van Loan**<br>**930 W. Arlington St.**<br>**Martinez, CA 94553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Residency Agreement/Note** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233,910.00** |
|---|---|---|---|
| | **Mary Wirth**<br>**12 Westview**<br>**Southwick, MA 01077** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Residency Agreement/Note** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183,920.00** |
|---|---|---|---|
| | **Maurice & Louise Brassard**<br>**74 Sawmill Park**<br>**Southwick, MA 01077** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Residency Agreement/Note** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$437.64** |
|---|---|---|---|
| | **Medco Supply Co**<br>**25 Northpointe Parkway Suite 25**<br>**Amherst, NY 14228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Trade Payable** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$989.00** |
|---|---|---|---|
| | **MedTech**<br>**565 S. Mason Road Ste.484**<br>**Katy, TX 77450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Trade Payable** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107,849.00** |
|---|---|---|---|
| | **Michael Guarco**<br>**7 Bayberry Drive**<br>**East Granby, CT 06026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Related Party Loan** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **GKS Corporation** | | | |
|---|---|---|---|---|
| | Name | | Case number *(if known)* | **19-30998** |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$233,966.25** |
|---|---|---|---|
| | **Mildred Zavarella**<br>**86 Sawmill Park**<br>**Southwick, MA 01077** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Residency Agreement/Note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134,910.00** |
|---|---|---|---|
| | **Milton Harnois**<br>**1 Sawmill Park**<br>**Apartment 214**<br>**Southwick, MA 01077** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Residency Agreement/Note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193,808.12** |
|---|---|---|---|
| | **Muriel Moras**<br>**c/o Kevin Withers, Esq.**<br>**Egan Flanagan and Cohen PC**<br>**67 Market St.**<br>**Springfield, MA 01103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Residency Agreement/Note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188,910.00** |
|---|---|---|---|
| | **Myrna Butler**<br>**13 South Village East**<br>**Southwick, MA 01077** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Residency Agreement/Note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161,910.00** |
|---|---|---|---|
| | **Nancy Allman**<br>**4 Westview**<br>**Southwick, MA 01077** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Residency Agreement/Note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184.57** |
|---|---|---|---|
| | **NAPA Autoparts**<br>**PO Box 414988**<br>**Boston, MA 02241-4988** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Payable__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **NDXteriors**<br>**1224 Mill Street, Building B**<br>**East Berlin, CT 06023** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **GKS Corporation** | | Case number (if known) | **19-30998** |
|---|---|---|---|---|

Name

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$161,910.00** |
|---|---|---|---|

**Paddy Stella**
**1 Sawmill Park**
**Apartment 102**
**Southwick, MA 01077**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$142,659.20** |
|---|---|---|---|

**Pat & Robert Bussolari**
**19 South Village East**
**Southwick, MA 01077**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$211,410.00** |
|---|---|---|---|

**Patricia Breveleri**
**1 Sawmill Park**
**Apartment 205**
**Southwick, MA 01077**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$194,310.00** |
|---|---|---|---|

**Peggy Wood**
**6 South Village East**
**Southwick, MA 01077**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$251,910.00** |
|---|---|---|---|

**Peter & Sonja Ickenroth**
**48 Sawmill Park**
**Southwick, MA 01077**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179,920.00** |
|---|---|---|---|

**Phyllis Barclay**
**20 Sawmill Park**
**Southwick, MA 01077**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$724.90** |
|---|---|---|---|

**Pitney Bowes Global Fin Services LLC**
**PO Box 371887**
**Pittsburgh, PA 15250-7887**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
|--------|---------------------|------------------------|--------------|
| | Name | | |

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$336.47** |
|-------|-----|-----|-----|

**Pitney Bowes Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|-------|-----|-----|-----|

**Proshred Security**
75 Post Office Park 2nd floor
Wilbraham, MA 01095

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$612.50** |
|-------|-----|-----|-----|

**R & R Power Equipment**
127 Hartford Avenue
East Granby, CT 06026

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,845.53** |
|-------|-----|-----|-----|

**Ralph and Francena Smith**
c/o Susan Kochanek
3 South Street
Westfield, MA 01085

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Residency Agreement/Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,351.29** |
|-------|-----|-----|-----|

**Ralph and Ruth D'Onfro**
c/o Robin Gardner
2 Amberleaf Way
Southwick, MA 01077

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Residency Agreement/Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$327.59** |
|-------|-----|-----|-----|

**ReadyRefresh by Nestle**
PO Box 856192
Louisville, KY 40285-6192

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,902.47** |
|-------|-----|-----|-----|

**Reginald and Irene Larouche**
c/o Reginald and Irene Larouche
803 Elm Street
Lady Lake, FL 32159

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Residency Agreement/Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | Case number (*if known*) | **19-30998** |
|---|---|---|---|
| | Name | | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133.58** |
|---|---|---|---|

**Reliance Standard Insurance**
**PO Box 3124**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,247.63** |
|---|---|---|---|

**Reminder Publications**
**280 North Main Street**
**East Longmeadow, MA 01028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175,920.00** |
|---|---|---|---|

**Richard & Patrica Williams**
**50 Sawmill Park**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Residency Agreement/Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152,910.00** |
|---|---|---|---|

**Richard and Carole Pomeroy**
**c/o Richard & Phyllis Pomeroy**
**10214 Bay Drive**
**Westford, MA 01886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Residency Agreement/Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226,224.27** |
|---|---|---|---|

**Richard and Nancy McBride**
**c/o Richard McBride**
**9715 Fanning Basket Lane**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Residency Agreement/Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52.50** |
|---|---|---|---|

**RJ Mase, LLC**
**P.O. Box 2032**
**Norwalk, CT 06852-2032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$251,910.00** |
|---|---|---|---|

**Robert & Lorraine Bates**
**41 South Village East**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Residency Agreement/entrance fee in escrow__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | | Case number (*if known*) | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157,410.00** |
|---|---|---|---|

**Robert and Lili Burns**
**c/o Kim Cosman**
**136 Barber Street**
**Springfield, MA 01109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert and Mary Tucker**
**c/o Renee Zaugg**
**3 Wyncourte**
**East Granby, CT 06026**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Life Lease__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135,525.14** |
|---|---|---|---|

**Robert and Shirley DeSanti**
**c/o Carol Laflamme**
**29 Everett Street**
**Chicopee, MA 01020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,910.00** |
|---|---|---|---|

**Robert Rising**
**22 Sawmill Park**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,579.52** |
|---|---|---|---|

**Roland and Patricia Durocher**
**c/o Ronald Durocher**
**Quail Run Apt. 232**
**50 Cardinal Dr.**
**Agawam, MA 01001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212,310.00** |
|---|---|---|---|

**Ronald & Jean Paro**
**84 Sawmill Park**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$152,393.40** |
|---|---|---|---|

**Ruth Hannum**
**c/o Patricia Turner, POA**
**1455 Main Rd.**
**Granville, MA 01034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **GKS Corporation** | | Case number *(if known)* | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

---

**3.201**

**Nonpriority creditor's name and mailing address**

**Sarat Ford**
**245 Springfield Street**
**Agawam, MA 01001-1596**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$5,089.81**

---

**3.202**

**Nonpriority creditor's name and mailing address**

**Sardilli Produce**
**212 Locust Street**
**Hartford, CT 06114**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$1,964.69**

---

**3.203**

**Nonpriority creditor's name and mailing address**

**Selwyn Williams**
**24 Sawmill Park**
**Southwick, MA 01077**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Life Lease__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.204**

**Nonpriority creditor's name and mailing address**

**Serv-U Locksmiths**
**977 Saint James Ave.**
**Springfield, MA 01104**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$650.99**

---

**3.205**

**Nonpriority creditor's name and mailing address**

**Shirley Anderson**
**39 Sawmill Park**
**Southwick, MA 01077**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Residency Agreement/Note__

Is the claim subject to offset? ■ No ☐ Yes

**$149,310.00**

---

**3.206**

**Nonpriority creditor's name and mailing address**

**Shirley O'Neil**
**c/o Richard H. Hastings**
**17 Bromont Street**
**Chicopee, MA 01020**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Residency Agreement/Note__

Is the claim subject to offset? ■ No ☐ Yes

**$156,088.53**

---

**3.207**

**Nonpriority creditor's name and mailing address**

**Shirley Riga**
**51 South Village East**
**Southwick, MA 01077**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Residency Agreement/Note__

Is the claim subject to offset? ■ No ☐ Yes

**$167,920.00**

---

| Debtor | **GKS Corporation** | | Case number (if known) | **19-30998** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shirley Roy**
**c/o Chris Subotin**
**77 Chestnut Lane**
**Agawam, MA 01001**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Life Lease**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.68** |
|---|---|---|---|

**Site One Landscape Supply**
**1004-1010 Memorial Ave**
**West Springfield, MA 00108-9351**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148,410.00** |
|---|---|---|---|

**Sophie Killips**
**1 Sawmill Park**
**Apartment 208**
**Southwick, MA 01077**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.12** |
|---|---|---|---|

**Southwick Florist**
**P.O. Box 959**
**Southwick, MA 01077**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$201.06** |
|---|---|---|---|

**Southwoods**
**P.O. Box 1106**
**610 College Highway**
**Southwick, MA 01077**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$929.63** |
|---|---|---|---|

**Spath & Son, Inc**
**12 Old Stage Rd**
**Westfield, MA 01085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,257.40** |
|---|---|---|---|

**State Line Oil**
**514 Salmon Brook Street**
**P.O. Box 209**
**Granby, CT 06035**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
| --- | --- | --- | --- |

Name

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157,410.00** |
| --- | --- | --- | --- |

**Stephen & Dorothy Piasicik**
**88 Sawmill Park**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$193,410.00** |
| --- | --- | --- | --- |

**Suszanne Risko**
**8 Westview**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169,915.00** |
| --- | --- | --- | --- |

**Suzanne Bruce**
**12 Morningside**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,105.49** |
| --- | --- | --- | --- |

**Sysco Connecticut, LLC**
**PO Box 4003**
**Rocky Hill, CT 06067-4003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,709.94** |
| --- | --- | --- | --- |

**The Republican**
**PO Box 9001026**
**Louisville, KY 40290-1026**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157,410.00** |
| --- | --- | --- | --- |

**Theodore & Marjorie Hellstein**
**16 Morningside**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205,545.60** |
| --- | --- | --- | --- |

**Theresa DeGray**
**19 South Village**
**Southwick, MA 01077**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residency Agreement/entrance fee in escrow**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
|---|---|---|---|
| | Name | | |

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171,920.00** |
|---|---|---|---|

**Thomas  Kozik**
**45 South Village East**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,910.00** |
|---|---|---|---|

**Thomas and Josephine Manfredi**
**c/o Carol Spelman**
**PO Box 1017**
**East Longmeadow, MA 01028**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$339.80** |
|---|---|---|---|

**ThreadZ by Design**
**59 N Elm Street**
**Westfield, MA 01085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164,430.00** |
|---|---|---|---|

**Tilia Fantasia**
**15 Morningside**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251,910.00** |
|---|---|---|---|

**Tim & Barbara Eddy**
**47 Sawmill Park**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Residency Agreement/Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,178.30** |
|---|---|---|---|

**Tynic Landscaping, LLC**
**PO Box 1010**
**Southwick, MA 01077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$719.25** |
|---|---|---|---|

**U.S.A. Hauling & Recycling, Inc.**
**P.O. Box 808**
**East Windsor, CT 06088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **GKS Corporation** | Case number *(if known)* | **19-30998** |
|---|---|---|---|
| | Name | | |

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,178.72** |
|---|---|---|---|

**Unidine Lifestyles**
P.O. Box 102289
Atlanta, GA 30368-2289

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$928.24** |
|---|---|---|---|

**United Rentals**
PO Box 100711
Atlanta, GA 30384-0711

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167,920.00** |
|---|---|---|---|

**Ursula Mac**
1 Sawmill Park
Apartment 105
Southwick, MA 01077

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153,487.92** |
|---|---|---|---|

**Ursula Mac**
c/o Kevin Withers, Esq.
Egan Flanagan and Cohen PC
67 Market St.
Springfield, MA 01103

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$388.18** |
|---|---|---|---|

**USA Mechanical**
15 D International Drive
East Granby, CT 06026

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82.50** |
|---|---|---|---|

**Valvoline Express**
P.O. Box 319
657 College Highway
Southwick, MA 01077

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.73** |
|---|---|---|---|

**Verizon**
PO Box 15124
Albany, NY 12212-5124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GKS Corporation** | Case number (if known) | **19-30998** |
|---|---|---|---|
| | Name | | |

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157,410.00** |
|---|---|---|---|

**Virginia Orson**
**1 Sawmill Park**
**Apartment 303**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$224,910.00** |
|---|---|---|---|

**Wally & Shirley Cortis**
**1 Sawmill Park**
**Apartment 311**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124,731.00** |
|---|---|---|---|

**Walter  Pilipski**
**17 Morningside**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,028.00** |
|---|---|---|---|

**Waltham Service, Inc.**
**P.O. Box 540538**
**Waltham, MA 02454-0538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,529.65** |
|---|---|---|---|

**Weld Power Service Co.**
**1529 Grafton Road**
**Millbury, MA 01527-4332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,500.00** |
|---|---|---|---|

**Whittlesey & Hadley, PC**
**280 Trumbull Street**
**Hartford, CT 06103-3509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$229,577.60** |
|---|---|---|---|

**William & Karene Dietsche**
**29 South Village East**
**Southwick, MA 01077**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residency Agreement/Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **GKS Corporation** | | | Case number (if known) | **19-30998** |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251,910.00 |
|---|---|---|---|

**William and JoAnne Tella**
c/o William and JoAnne Tella
2 Fairfield Road
Enfield, CT 06082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,284.42 |
|---|---|---|---|

**William Bozenhard**
c/o Krista Wood
29 Primrose Lane
Agawam, MA 01001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Residency Agreement/Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**Y.M.C.A.**
67 Court Street
Westfield, MA 01085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 28,360,287.30 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 28,360,287.30 |

**Fill in this information to identify the case:**

Debtor name **GKS Corporation**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **19-30998**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Assisted living agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Beverly Janowetch**<br>**21 South Village East**<br>**Southwick, MA 01077** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Assisted living agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Catherine Cook**<br>**1 Sawmill Park**<br>**Apartment 109**<br>**Southwick, MA 01077** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Assisted living agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Dorothy Kowaleski**<br>**1 Sawmill Park**<br>**Apartment 106**<br>**Southwick, MA 01077** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Rental agreement** |
| State the term remaining | **5 mos** |
| List the contract number of any government contract | **Harriet DelNegro**<br>**1 Sawmill Park**<br>**Apartment 306**<br>**Southwick, MA 01077** |

| Debtor 1 | **GKS Corporation** | | | Case number *(if known)* | **19-30998** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease** | |
|---|---|---|---|
| | State the term remaining | **34 months** | **HL Dempsey Co.**<br>**103 Baldwin Street**<br>**West Springfield, MA 01089** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted living agreement** | |
|---|---|---|---|
| | State the term remaining | | **June Powers**<br>**1 Sawmill Park**<br>**Apartment 111**<br>**Southwick, MA 01077** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted living agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kathleen O'Connor**<br>**1 Sawmill Park**<br>**Apartment 104**<br>**Southwick, MA 01077** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted living agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mary Goodwin**<br>**1 Sawmill Park**<br>**Apartment 112**<br>**Southwick, MA 01077** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Rental agreement** | |
|---|---|---|---|
| | State the term remaining | **8 mos** | **Ralph Cortis**<br>**1 Sawmill Park**<br>**Apartment 313**<br>**Southwick, MA 01077** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Rental agreement** | |
|---|---|---|---|
| | State the term remaining | | **Robert and Ceil Perry**<br>**1 Sawmill Park**<br>**Apartment 212**<br>**Southwick, MA 01077** |
| | List the contract number of any | | |

| Debtor 1 | **GKS Corporation** | | | Case number *(if known)* | **19-30998** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Life leases (see attached exhibit)** | |
|---|---|---|---|
| | State the term remaining | **See attached exhibit** | |
| | List the contract number of any government contract | | **See attached exhibit** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Residency Agreements (see attached exhibit)** | |
|---|---|---|---|
| | State the term remaining | **See attached exhibit** | |
| | List the contract number of any government contract | | **See attached exhibit** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted living agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Terry and Arlene Glanville 25 South Village East Southwick, MA 01077** |

**Schedule G attachment - Life Leases**

**The American Inn for Retirement Services**

| Last Name | First Name | Second Person Name | Address | Date Contract Signed |
|-----------|------------|--------------------|---------|----------------------|
| Adamites | Edward | Ella | 72 Sawmill Park, Southwick, MA  01077 | 10/31/1996 |
| Gates | Earnest | Doris | c/o Holly Lewis, 37 Broad Street, Westfield, MA 01805 | 10/31/1996 |
| Roy | Shirley | | c/o Chris Subotin-Prentice, 77 Chesnut Lane, Agawam, MA  01001 | 10/11/1996 |
| Tucker | Robert | May | c/o Renee Zaugg, 3 Wyncourte, East Granby, CT  06026 | 10/31/1996 |
| Williams | Selwym | Marion | 24 Sawmill Park, Southwick, MA 01077 | 3/14/1996 |
| Wroblewski | Jean | | 32 Sawmill Park, Southwick, MA 01077 | 12/7/1995 |

Schedule G attachment - Residency Agreements

| Last Name | First Name | Second Person Name | Date Contract Signed |
|---|---|---|---|
| Adamites | Edward | Ella | 10/31/1996 |
| Alexander | Doris | | 6/7/2012 |
| Allman | Nancy | | 6/19/2015 |
| Anderson | Shirley | | 9/13/2018 |
| Arnold | Gilbert | Joyce | 11/12/2002 |
| Barclay | John | Phyllis | 7/26/2006 |
| Bates | Robert | Lorainne | |
| Benton | Alma | | 7/1/2010 |
| Bernadara | Carol | | 10/1/2013 |
| Blais | Paul | Cecile | 3/25/2015 |
| Brahm | Annemarie | | 3/24/2015 |
| Brassard | Maurice | Louise | 9/28/2004 |
| Brenneman | Laurel | | 7/17/2018 |
| Breveleri | Patricia | | 4/20/2017 |
| Brogan | Mary | | 9/15/2003 |
| Brooks | John | Elizabeth | 8/3/2012 |
| Bruce | Suzanne | | 7/12/2018 |
| Buchanan | Carolyn | | 7/25/2003 |
| Burke | Dorothy | | 6/22/2011 |
| Bussolari | Robert | Patricia | 1/8/2003 |
| Butler | Myrna | | 4/4/2016 |
| Byington | David | Helen | 10/12/2000 |
| Cannon | John | Constance | 7/14/2004 |
| Cortis | Ralph | | |
| Cortis | Wallace | Shirley | 4/3/2014 |
| D'Amato | Carole | | 6/2/2004 |
| Davio | Eleanor | | 7/8/2005 |
| DeBold | Jeanne | Barbara | 12/16/2014 |
| DeGray | Theresa | | |
| DeLand | Carol | Graydon | 12/14/2005 |
| Demers | Beverly | | 8/17/2017 |
| DelNegro | Harriet | | |
| Dietsche | William | Karene | 10/2/2008 |
| Dillingham | HJohn | Elizabeth | 9/24/2010 |
| Dudgeon | Joyce | | 12/19/2012 |
| Eaton | Mary | | 12/30/2005 |
| Ebisch | Glen | Maureen | 7/10/2018 |
| Eddy | Latimer | Barbara | 7/11/2017 |
| Fantasia | Tilia | | 12/6/0214 |

| | | | |
|---|---|---|---|
| Fortin | Dennis | Barbara | 11/23/2016 |
| Freeman | George | Ellen | 5/26/2015 |
| Gallo | Maria | | 1/18/2013 |
| Ganek | Carol | | 10/13/2012 |
| Gaylord | Richard | Elizabeth | 8/1/2007 |
| Gilmore | Barbara | | 7/30/2015 |
| Glanville | Terrence | Arlene | 4/9/2018 |
| Hannon | Harold | Joy | 7/24/2015 |
| Harnois | Milton | | 11/8/2017 |
| Harrington | Edwin | Catherine | 11/13/2013 |
| Hellstein | Theodore | Marjorie | 11/7/2011 |
| Herrick | Marian | | 10/7/2017 |
| Ickenroth | Peter | Sonja | 7/13/2018 |
| Johnson | Constance | | 3/29/1999 |
| Kelly | Robert | Dorothy | 4/3/2006 |
| Killips | Sophie | | 5/31/2017 |
| Kmiecik | Jerome | Irene | 4/2/2001 |
| Kozik | Thomas | Geralding | 5/1/2008 |
| Lichtenberger | Arthur | Anne | 10/27/2015 |
| Litchfield | John | Lynn | 6/29/2018 |
| Lorenzen | Lesley | | 8/22/2005 |
| Mackechnie | Gretchen | | 5/3/2011 |
| MacKinnon | William | Marilyn | 6/26/2009 |
| Mattson | Carl | Margaret | 11/18/2015 |
| McMahon | Edward | Carolyn | 12/3/2015 |
| McNamee | James | Anita | 4/1/2005 |
| McNulty | Francis | Nancy | 4/22/2013 |
| Melanson | Leonard | Joanne | 5/26/2011 |
| Milos | Ronald | Barbara | 3/2/2016 |
| Mistretta | Marion | | 4/13/2013 |
| Mortimer | Barbara | | 9/19/2014 |
| Murphy | Geraldine | | 8/26/2013 |
| Nelson | Gordon | Mary | 8/24/2004 |
| Niedzialkowski | Casper | Joyce | 3/22/2013 |
| O'Brien | Dexter | Joyce | 5/24/2016 |
| Orson | Virginia | | 4/24/2012 |
| Page | Clara | | 4/24/2015 |
| Papageorge | Dorothy | Leon | 6/17/2017 |
| Paro | Ronald | Jean | 8/17/2017 |
| Perry | Robert | Ceil | |
| Phillips | Donald | Delia | 12/1/2018 |
| Piascik | Stephen | Dorothy | 2/26/2011 |
| Pilipski | Walter | Marilyn | 1/31/1999 |

| | | | |
|---|---|---|---|
| Quinn | Carol | | 7/27/2004 |
| Rhyne | Marie | | 3/22/2008 |
| Riddle | Marilyn | | 8/17/2012 |
| Riga | Donald | Shirley | 12/12/2007 |
| Rising | Robert | | 9/15/2014 |
| Risko | Suzanne | | 10/28/2013 |
| Rogers | Barbara | | 11/4/2019 |
| Rogers | Claire | | 8/6/2016 |
| Rogers | Frederick | Marcia | 5/28/2010 |
| Rzewnicki | Robert | Beverly | 2/20/2010 |
| Shepard | Weston | Gretchen | 11/1/2007 |
| Snow | Donald | Grace | 9/23/2016 |
| Sodano | Gerard | Agatha | 3/16/2018 |
| Thompson | Peter | Jane | 5/15/2000 |
| Thompson | Marie | | 4/24/2017 |
| Trzasko | Frances | | 9/25/2012 |
| Ugolik | Joan | | 8/6/2013 |
| Warner | Charles | Norma | 11/15/2013 |
| Wheeler | George | Judith | 12/12/2001 |
| Whitcomb | Robert | Alice | 8/13/2005 |
| White | Franklin | Shirley | 11/28/2017 |
| Whittaker | Dorothy | | 8/2/2004 |
| Williams | Selwym | Marion | 3/14/1996 |
| Williams | Richard | Patricia | 7/24/2007 |
| Wirth | Charles | Mary Ann | 9/1/2010 |
| Wood | Charles | Margaret | 7/3/2018 |
| Wroblewski | Jean | | 12/7/1995 |
| Yetman | Carolyn | | 2/14/2017 |
| Young | Gladys | | 8/29/2013 |
| Zavarella | Mildred | | 7/26/2010 |
| Manfredi | Thomas | Josephine | 6/26/2004 |
| Stella | Patricia | | 8/15/2013 |

*Addresses listed on schedule F

| Fill in this information to identify the case: |
|---|
| Debtor name **GKS Corporation** |
| United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS |
| Case number (if known) **19-30998** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Dorina Konopka** | **2204 Hall Place NW**<br>**Washington, DC 20007** | **Westfield Bank** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Michael Guarco** | **7 Bayberry Drive**<br>**East Granby, CT 06026** | **Westfield Bank** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name **GKS Corporation**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **19-30998**

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,184,647.00** |
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$3,532,128.00** |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$3,680,776.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | **Interest** | **$29,221.00** |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | **Interest** | **$193.00** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | GKS Corporation | | Case number *(if known)* | 19-30998 |

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attachment** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Mike Guarco Jr.**<br>**514 Salmon Brook Street**<br>**Granby, CT 06035**<br>**Relative of owner** | 5/3/19 | $40,600.00 | **Repayment of short-term funding provided by Mike Guarco Jr. to cover cash flow needs of Debtor** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **IRS levy**<br>Last 4 digits of account number: __3118__ | 11/27/19 | $3,279.00 |

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **GKS Corporation**    Case number *(if known)* **19-30998**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Cousins v. GKS Corporation**<br>**1979-CV-00740** | **Contract and tort** | **Hampden County Superior Court**<br>**50 State Street**<br>**Springfield, MA 01103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Pirola v. GKS Corporation**<br>**1879-CV-00571** | **Contract, tort and G.L. c. 93A** | **Hampden County Superior Court**<br>**50 State Street**<br>**Springfield, MA 01103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Tynan v. GKS Corporation**<br>**1879-CV-00831** | **Contract and tort** | **Hampden County Superior Court**<br>**50 State Street**<br>**Springfield, MA 01103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Goodwin v. GKS Corporation**<br>**1879-CV-00718** | **Wrongful Death** | **Hampden County Superior Court**<br>**50 State Street**<br>**Springfield, MA 01103** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Houlihan v. GKS Corporation**<br>**1944-CV-0032** | **Contract** | **Westfield District Court**<br>**224 Elm Street**<br>**Westfield, MA 01085** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Roof damage from hailstorm** | **$1,257,760** | **2/25/19 (per insurer report of loss, 5/31/19)** | **$1,926,760.00** |

**Part 6:    Certain Payments or Transfers**

| Debtor | **GKS Corporation** | Case number *(if known)* | **19-30998** |

---

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Casner & Edwards, LLP**<br>**303 Congress Street**<br>**Boston, MA 02210** | | **Various** | **$281,308.83** |
| | **Email or website address**<br>**goldberg@casneredwards.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **OnePoint Partners, LLC**<br>**10 Maple Street, Suite 302**<br>**Middleton, MA 01949** | | **Various** | **$99,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1<br>. | **State Line Oil**<br>**514 Salmon Brook Street**<br>**Granby, CT 06035** | **Repayments of short-term funding provided by State Line Oil to cover cash flow needs of Debtor** | **Various** | **$195,000.00** |
| | **Relationship to debtor** | | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **GKS Corporation** | | Case number *(if known)* | **19-30998** |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>. | **Michael Guarco Jr.**<br>**514 Salmon Brook Street**<br>**Granby, CT 06035** | **Repayments of short-term funding**<br>**provided by Michael Guarco Jr. to cover**<br>**cash flow needs of Debtor** | **Various** | **$117,600.00** |
| | Relationship to debtor<br>**Relative of owner** | | | |
| 13.3<br>. | **Alan Guarco**<br>**115 Notch Road**<br>**Granby, CT 06035** | **Repayments of short-term funding**<br>**provided by Alan Guarco to cover cash**<br>**flow needs of Debtor** | **Various** | **$10,085.22** |
| | Relationship to debtor<br>**Relative of owner** | | | |
| 13.4<br>. | **Guarco Construction** | | **10/16/18** | **$1,000.00** |
| | Relationship to debtor | | | |
| 13.5<br>. | **Michael Guarco Sr**<br>**7 Bayberry Drive**<br>**East Granby, CT 06026** | **Repayments of short-term funding**<br>**provided by Michael Guarco Sr. to cover**<br>**cash flow needs of Debtor** | **Various** | **$196,581.57** |
| | Relationship to debtor<br>**Stockholder, director, officer** | | | |

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

| Debtor | **GKS Corporation** | Case number *(if known)* | **19-30998** |

**Personal information of residents; personal health information for assisted living residents**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.

■   Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.

   ☐ Yes. Fill in below:

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **GKS Corporation**                                                          Case number *(if known)*  **19-30998**

---

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
☑ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Southwick-WWM**<br>**American Inn for Retirement Living**<br>**ACOP-WE-19-00007529** | **Mass. Dept. of Environmental Protection Western Regional Office 436 Dwight Street Springfield, MA 01103** | **Administrative consent order re: sewer connection / construction of wastewater treatment system** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **American Inn for Retirement Living 1 Sawmill Park Southwick, MA 01077** | **Mass. Dept. of Environmental Protection Western Regional Office 436 Dwight Street Springfield, MA 01103** | **M.G.L. c. 21, ss. 26-53 and regulations thereunder** | **8/16/19** |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor    **GKS Corporation**                                    Case number *(if known)*    **19-30998**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Felicia Rutola**<br>**1 Sawmilll Park**<br>**Southwick, MA 01077** | **4/18-present** |
| 26a.2.    **Ekue Kovei**<br>**1 Sawmill Park**<br>**Southwick, MA 01077** | **12/17 to 4/18** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Whittlesey**<br>**280 Trumbull St., 24th Floor**<br>**Hartford, CT 06103** | **2017 and 2018 audits** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Debtor / OnePoint Partners**<br>**1 Sawmill Park**<br>**Southwick, MA 01077** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Westfield Bank**<br>**141 Elm Street**<br>**Westfield, MA 01085** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael B. Guarco** | **7 Bayberry Drive**<br>**East Granby, CT 06026** | **President, treasurer, secretary, director, stockholder** | **50% Class A; 58% Class B** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dorina Konopka** | **2204 Hall Place NW**<br>**Washington, DC 20007** | **Director, stockholder** | **50% Class A; 42% Class B** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **GKS Corporation**                                                    Case number *(if known)* **19-30998**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Toby Shea** | **10 Maple St, Suite 302 Middleton, MA 01949** | **Chief Restructuring Officer** | **none** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael Guarco Jr. 514 Salmon Brook Street Granby, CT 06035** | **$40,600** | **5/3/19** | **Repayment of short-term funding provided by Mike Guarco Jr. to cover cash flow needs of Debtor** |
| | **Relationship to debtor** **Relative of owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

| Debtor | **GKS Corporation** | Case number *(if known)* | **19-30998** |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 17, 2020**

**/s/ Toby Shea**                                           **Toby Shea**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Payments to creditors within 90 days prior to filing**
**(Item 3)**

| Recipient | Amount |
|---|---|
| Beacon Mechanical, LLC | $13,178.01 |
| Calvin W. Annino, Jr. | $21,657.50 |
| Casner & Edwards, LLP | $49,909.50 |
| Comcast | $14,430.12 |
| Commonwealth of Mass | $20,823.62 |
| Eversource | $25,477.47 |
| Excel Nursing Services | $36,973.61 |
| Health New England | $16,479.62 |
| IRS | $75,753.13 |
| OnePoint Partners, LLC | $150,000.00 |
| Phillips Insurance Agency | $20,096.00 |
| State Line Oil | $17,939.08 |
| Sysco Connecticut, LLC | $17,490.19 |
| Town of Southwick | $60,455.00 |
| Unidine Lifestyles | $11,883.77 |