# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** GKS Corporation  **Case Number:** 19-30998  **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#47 MOTION of United States Trustee for the entry of an order directing the Appointment of a Chapter 11 Trustee
#55 OBJECTION filed by Westfield Bank
#57 OBJECTION filed by Debtor

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
  ✔  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


DENIED WITHOUT PREJUDICE.


IT IS SO NOTED:                             IT IS SO ORDERED:

_____                      _____ Dated: 02/06/2020
Courtroom Deputy                            Elizabeth D. Katz
                                            United States Bankruptcy Judge