UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GKS Corporation, | ) | Case No. 19-30998-EDK |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

**ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BROKER**

Upon consideration of the Debtor's Application for Order Authorizing Retention and Employment of Broker (the "Application") filed by GKS Corporation (the "Debtor"); and after due deliberation and sufficient cause appearing,

**THE COURT FINDS AND CONCLUDES THAT:**

A.   This Court has jurisdiction over this case under 28 U.S.C. § 1334(b).

B.   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.   Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

D.   This Court has reviewed the Application and the Declaration of David Kliewer and has considered the representations regarding the relief requested therein.

E.   The relief requested in the Application is necessary and in the best interests of the Debtor, its estate and creditors.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Application is granted.

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Debtor is hereby authorized and empowered to employ Cushman & Wakefield ("Broker") as its broker in this Chapter 11 case for the purpose of marketing the Debtor's senior-living facility to potential investors, effective as of the date of the Application.

3. The Broker shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court, and such other procedures as have been or may be fixed by order of this Court.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____

_____ 03/27/2020
United States Bankruptcy Judge