UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

|  |  |
|---|---|
| In re:<br><br>    GKS CORPORATION<br><br>                      Debtor. | )<br>)<br>)   Chapter 11<br>)<br>)   Case No. 19-30998-EDK<br>)<br>) |

## ONEPOINT PARTNERS, LLC'S SERVICES PERFORMED REPORT
**[JULY 2020]**

The Debtor, in accordance with this Court's order authorizing the Debtor's engagement of OnePoint Partners, LLC [Doc. No. 75], hereby submits OnePoint's services performed report for the month of July, 2020, constituting the attached time and activity reports of Messrs. Toby Shea (Chief Restructuring Officer), Rob Fallon (Executive Director), and Jamie Spencer (Interim Chief Financial Officer).

Dated: August 13, 2020                GKS CORPORATION,

                                          By its attorneys,

                                          */s/ A. Davis Whitesell*
                                          Michael J. Goldberg (BBO #551869)
                                          A. Davis Whitesell (BBO #551462)
                                          David Koha (BBO #679689)
                                          Casner & Edwards, LLP
                                          303 Congress Street
                                          Boston, MA 02210
                                          Tel: 617-426-5900
                                          Email: whitesell@casneredwards.com

Toby Shea
July 2020 Services Performed

| Date | | Category | Work Performed | Time-CRO |
|---|---|---|---|---|
| 1-Jul-20 | CRO | Strategy - | review of CW analysis re septic costs | 1.00 |
| 1-Jul-20 | CRO | Strategy - | call re planning for Valstone septic call | 0.75 |
| 2-Jul-20 | CRO | Ownership | weekly ownership call | 0.50 |
| 2-Jul-20 | CRO | Strategy - | call (#2) re planning for Valstone septic call | 0.50 |
| 2-Jul-20 | CRO | Strategy - | group call with Valstone re septic solutions | 1.00 |
| 3-Jul-20 | CRO | Manageme | call with Rob re operational topics | 1.00 |
| 3-Jul-20 | CRO | Strategy - | draft resident letter | 1.00 |
| 6-Jul-20 | CRO | Strategy - | review, comment on resident letter edits | 0.75 |
| 6-Jul-20 | CRO | Strategy - | emails, responses to Benchmark questions, review of revised resident | 1.00 |
| 7-Jul-20 | CRO | Strategy - | misc emails and calls re APA, septic, and Valstone inquiries | 1.50 |
| 7-Jul-20 | CRO | Strategy - | call with Scribner capital re potential interest in acquisition | 1.50 |
| 8-Jul-20 | CRO | Ownership | call with ownership to discuss tone and approach with Valstone | 1.00 |
| 8-Jul-20 | CRO | Strategy - | responding to Valstone DD questions and info requested | 1.00 |
| 8-Jul-20 | CRO | Strategy - | call with CW re capital for NFP bidders, finalizing response to Valstone | 1.00 |
| 8-Jul-20 | CRO | Strategy - | review and comment on committee resident letter | 1.00 |
| 9-Jul-20 | CRO | Strategy - | weekly ownership call | 0.75 |
| 9-Jul-20 | CRO | Strategy - | call with Valstone re DD items/questions | 1.50 |
| 10-Jul-20 | CRO | Strategy - | weekly internal call | 1.00 |
| 10-Jul-20 | CRO | Strategy - | call with Valstone to review capex items and budget (again) | 1.00 |
| 12-Jul-20 | CRO | Strategy - | call with Valstone counsel re APA issues | 1.75 |
| 13-Jul-20 | CRO | Financial | Review of financials for bank distribution | 1.00 |
| 13-Jul-20 | CRO | Financial | call with JS to review DIP budget and financial questions, projected | 1.50 |
| 13-Jul-20 | CRO | Strategy - | review of ACOP and Title V requirements to ensure compliance per | 0.50 |
| 14-Jul-20 | CRO | Manageme | call with Rob re operational topics | 0.50 |
| 14-Jul-20 | CRO | Strategy - | call with Valstone re final DD issues | 1.00 |
| 14-Jul-20 | CRO | Strategy - | call with Valstone counsel re APA issues | 0.50 |
| 14-Jul-20 | CRO | Strategy - | call with Casner re valstone and life lease issues | 0.50 |
| 15-Jul-20 | CRO | Strategy - | call with Casner re septic issue and Valstone call with town | 1.00 |
| 15-Jul-20 | CRO | Strategy - | call with Valstone re septic issue | 1.00 |
| 16-Jul-20 | CRO | Financial | review of MOR and bank financials | 1.00 |
| 16-Jul-20 | CRO | Ownership | weekly ownership call | 0.50 |
| 16-Jul-20 | CRO | Strategy - | call with Casner re life leases and MOR | 0.50 |
| 16-Jul-20 | CRO | Strategy - | call with Valstone | 0.50 |
| 16-Jul-20 | CRO | Strategy - | misc calls with Valstone on finalizing DD and APA items | 2.00 |
| 17-Jul-20 | CRO | Strategy - | weekly internal call | 0.75 |
| 17-Jul-20 | CRO | Strategy - | call with Cushman re Valstone negotiations | 0.25 |
| 17-Jul-20 | CRO | Strategy - | call with Casner, Cushman re Valstone negotiations | 0.50 |
| 17-Jul-20 | CRO | Strategy - | call with Casner, Cushman re zoning | 0.25 |
| 17-Jul-20 | CRO | Strategy - | calls with Casner & Cushman, emails to ownership, emails to Valstone | 1.00 |
| 18-Jul-20 | CRO | Manageme | call with Rob re operational topics | 1.00 |
| 18-Jul-20 | CRO | Strategy - | call with Valstone re next steps - committee mtg, residency agmt | 1.00 |
| 19-Jul-20 | CRO | Strategy - | misc emails and calls re survey, APA and marketing process | 1.50 |
| 19-Jul-20 | CRO | Strategy - | review of contact list, added names for the solicitation | 1.00 |
| 20-Jul-20 | CRO | Strategy - | call with Casner and CW re survey, APA and next steps | 0.50 |
| 21-Jul-20 | CRO | Manageme | touch base with Rob re operational items | 1.00 |
| 23-Jul-20 | CRO | Ownership | weekly ownership call | 0.50 |
| 24-Jul-20 | CRO | Strategy - | call with Cushman re buyer inquiries | 1.00 |
| 24-Jul-20 | CRO | Strategy - | answering DD questions, info requests for Valstone, emails | 1.00 |
| 27-Jul-20 | CRO | Strategy - | call with CW re status of data room (going live this week) | 1.00 |
| 28-Jul-20 | CRO | Strategy - | review of data room materials with CW to finalize | 1.00 |

Rob Fallon Services Performed
July 2020

| Date | Exec Dir | Work performance | Time | Time Travel |
|---|---|---|---|---|
| 1-Jul | ED | oil tank inspection | 1 | |
| | ED | Replacement order for sprinkler heads in W. Springfield | 1.5 | |
| | ED | letter to elder abuse in MA | 1.5 | |
| | ED | Interior design consultant search | 1.5 | |
| | Ed | Kyle Scott of Southwick communication | 1 | |
| 2-Jul | ED | Ryan and grounds meeting | 1 | |
| | ED | Repair of generator | 2 | |
| | ED | meet with Anthony and Felicia | 1 | |
| | ED | Resident meeting x 3 | 1.5 | |
| | ED | M. Feinstein communications | 1 | |
| | Travel | Southwick to Lincoln | | 1.75 |
| 6-Jul | Travel | Lincoln to Southwick | | 1.75 |
| | ED | June Time sheet | 2 | |
| | ED | providing written repair bids for DD | 2 | |
| | ED | Naomi meeting on travel | 1 | |
| | ED | resident meetings | 1.5 | |
| | ED | AL meetings | 1 | |
| 7-Jul | ED | Fall report to EOEA | 1 | |
| | ED | Oil/ gas conversion discussion | 1.5 | |
| | ED | Cold water pump repair | 1 | |
| | ED | Unidine contract extension meet | 1 | |
| | ED | Resident meet | 1 | |
| 8-Jul | ED | oil tank meeting and consult | 1 | |
| | ED | generator repair onsite | 1 | |
| | ED | Wells Fargo Bobcat lease | 1 | |
| | ED | Dick Williams communication | 1 | |
| | ED | AL department meeting | 1 | |
| 9-Jul | ED | AL meetings | 1 | |
| | ED | M. Feinstein visit | 2 | |
| | ED | Al meeting follow up | 1 | |
| | ED | maintenance meeting | 1 | |
| | ED | One point letter to Residents | 1.5 | |
| | Travel | Southwick to Lincoln | | 1.75 |
| 10-Jul | ED | One point call | 1 | |
| | ED | Wellesley Design Communication | 1 | |
| 13-Jul | travel | Lincoln to Southwick | | 1.75 |
| | ED | M. Feinstein correspondence | 1 | |
| | ED | Dan Keyser for General star Insurance | 2.5 | |
| | ED | June time sheet | 1.5 | |

Rob Fallon Services Performed
July 2020

| | | | | |
|---|---|---|---|---|
| | ED | Dining operations meet | 1 | |
| 14-Jul | ED | Managers meeting | 1 | |
| | ED | Gates file and title coverage | 1 | |
| | ED | Septic Consent order document | 1 | |
| | ED | PTO policy - Benchmark DD | 1 | |
| | ED | Personal belongings letter | 1 | |
| | ED | Resident meetings | 1.5 | |
| 15-Jul | ED | Dick Williams meet | 1 | |
| | ED | Personal Belongings letter | 1 | |
| | ED | Two prospective residents tour | 1.5 | |
| | ED | Life lease documents | 1 | |
| | ED | Lizzie meeting | 1 | |
| | ED | Resident communications | 1 | |
| 16-Jul | ED | Fall prevention Policy | 1.5 | |
| | ED | Life lease documents | 1 | |
| | ED | new prospect tour | 1 | |
| | ED | meetings Felicia, Tony and Sue | 1 | |
| | ED | Title Insurance/ Rubin documents | 1 | |
| | Travel | Southwick to Lincoln | | 1.75 |
| 17-Jul | ED | One point meeting | 1 | |
| | ED | Naomi Correspondence on fall Policy | 1 | |
| 20-Jul | Travel | Lincoln to Southwick | | 1.75 |
| | ED | Rubin Documents for MG. | 1 | |
| | ED | Elder Abuse report to state | 2 | |
| | ED | EOEA correspondence | 1 | |
| | ED | Fall prevention Inservice | 1.5 | |
| 21-Jul | ED | Managers meeting | 2 | |
| | ED | Three CORIs | 1 | |
| | ED | Highland Valley meet | 1.5 | |
| | ED | Delinquent letters to residents | 1.5 | |
| | ED | Family personal items correspondence | 1 | |
| | ED | M. Feinstein correspondence | 1 | |
| 22-Jul | ED | Operations report | 1.5 | |
| | ED | resident meet re: Delinquent letter | 1 | |
| | ED | Maintenance meet on sun damaged siding | 1 | |
| | ED | Peggy woods meeting | 1.5 | |
| | ED | July operations report | 1 | |
| 23-Jul | ED | Operations report | 1.5 | |
| | ED | Resident meet on delinquent rent | 1 | |
| | ED | Ownership call | 1 | |
| | ED | AL meeting | 1 | |
| | Travel | Southwick to Lincoln | | 1.75 |
| 27-Jul | Travel | Lincoln to Southwick | | 1.75 |

Rob Fallon Services Performed
July 2020

| Date | Type | Description | Hours | Travel |
|---|---|---|---|---|
| | ED | Tillie F communication | 1 | |
| | ED | Dotty P. communication | 1 | |
| | ED | AL meeting | 1.25 | |
| | ED | Resident prospect | 0.5 | |
| | ED | Grounds/Maintenance | 2 | |
| 28-Jul | ED | Mangers meeting | 1.5 | |
| | ED | COVID preparation guidelines | 1 | |
| | ED | Tony and Naomi meet on AL Policy | 1 | |
| | ED | Peggy Woods meeting | 1 | |
| | ED | Lizzie meet on activities programs | 1 | |
| | ED | Guidelines for restarting housekeeping services | 1.5 | |
| 29-Jul | ED | staff meeting - COVID | 1 | |
| | ED | Al visitor guidelines | 1.5 | |
| | ED | Audit meet with Felicia | 1 | |
| | ED | expense preparation | 1 | |
| | ED | updated addresses for past residents | 1 | |
| | ED | Maintenance/grounds team meet | 1 | |
| | ED | COVID update letter to residents | 1.5 | |
| 30-Jul | ED | Unidine meeting on end of bankruptcy | 1.5 | |
| | ED | Ownership call | 1 | |
| | ED | Resident meetings | 1 | |
| | ED | Two meetings on potential residents | 1 | |
| | Travel | Southwick to Lincoln | | 1.75 |

Jamie Spencer Services Performed
July 2020

| Date | Hours | Category | Work Performed |
|---|---|---|---|
| 7/1/2020 | 4 | Bankruptcy | Updated rent roll - scrubbing |
| 7/1/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/3/2020 | 1 | Bankruptcy | Due Diligence |
| 7/6/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/7/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/8/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/9/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/9/2020 | 0.5 | Bankruptcy | Ownership call |
| 7/9/2020 | 0.75 | Bankruptcy | Request from buyer counsel regarding contracts and open balances. Research, respond. |
| 7/10/2020 | 2 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/10/2020 | 1 | Bankruptcy | Connect with team on deal status. |
| 7/13/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/14/2020 | 2 | Bankruptcy | Preparation of MOR |
| 7/15/2020 | 8 | Bankruptcy | Preparation of MOR |
| 7/16/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/16/2020 | 2 | Bankruptcy | Due diligence |
| 7/17/2020 | 1 | Bankruptcy | General admin, e-mails, inquiry response, etc. |
| 7/17/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/20/2020 | 1 | Bankruptcy | General admin, e-mails, inquiry response, etc. |
| 7/20/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/21/2020 | 1 | Bankruptcy | General admin, e-mails, inquiry response, etc. |
| 7/21/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/22/2020 | 1 | Bankruptcy | General admin, e-mails, inquiry response, etc. |
| 7/22/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/23/2020 | 2 | Bankruptcy | General admin, e-mails, inquiry response, etc. |
| 7/23/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/23/2020 | 2 | Bankruptcy | Due diligence |
| 7/24/2020 | 1 | Bankruptcy | General admin, e-mails, inquiry response, etc. |
| 7/24/2020 | 2 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/27/2020 | 1 | Bankruptcy | General admin, e-mails, inquiry response, etc. |
| 7/27/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/28/2020 | 1 | Bankruptcy | General admin, e-mails, inquiry response, etc. |
| 7/28/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/29/2020 | 1 | Bankruptcy | General admin, e-mails, inquiry response, etc. |
| 7/29/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/30/2020 | 1 | Bankruptcy | General admin, e-mails, inquiry response, etc. |
| 7/30/2020 | 1 | Accounting | General admin of accounting, invoice review with Felicia, etc. |
| 7/30/2020 | 0.5 | Accounting | Ownership call |
| 7/30/2020 | 1 | Bankruptcy | Scrub list of vendors/contracts |
| 7/31/2020 | 1 | Bankruptcy | General admin, e-mails, inquiry response, etc. |
| 7/31/2020 | 1 | Accounting | Genral admin of accounting, invoice review with Felicia, etc. |

## CERTIFICATE OF SERVICE

      I, A. Davis Whitesell, hereby certify that on this 13th day of August, 2020 I caused a copy of the foregoing ***OnePoint Partners, LLC's Services Performed Report [July 2020]*** to be served by email through the Court's CM/ECF system to the registered users thereof in this Chapter 11 case, including counsel to the United States Trustee and counsel to the Creditors' Committee.

Dated:  August 13, 2020                    */s/ A. Davis Whitesell*
                                                                  A. Davis Whitesell (BBO #551462)
                                                                  Casner & Edwards, LLP
                                                                  303 Congress Street
                                                                  Boston, MA  02210
                                                                  Tel: 617-426-5900
                                                                  Email: whitesell@casneredwards.com