# UNITED STATES BANKRUPTCY COURT

DISTRICT OF    Massachusetts

In re:  GKS Corporation                                          Case No.    19-30998

                  Debtor(s)                                      ☐ Jointly Administered

## Post-confirmation Report                                                    Chapter 11

Quarter Ending Date: 06/30/2021                                Petition Date: 12/26/2019

Plan Confirmed Date: 04/27/2021                                Plan Effective Date: 05/11/2021

This Post-confirmation Report relates to:   ◯ Reorganized Debtor

                                            ⦿ Other Authorized Party or Entity:  Liquidated Debtor/Plan Administrator
                                                                                  Name of Authorized Party or Entity

/s/ A. Davis Whitesell                                         A. Davis Whitesell, counsel to Plan Administrator
Signature of Responsible Party                                 Printed Name of Responsible Party

07/21/2021                                                     Casner & Edwards, LLP
Date                                                           303 Congress Street
                                                               Boston, MA  02210
                                                               Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)                            1

Debtor's Name GKS Corporation                                                                                 Case No. 19-30998

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $11,520,418 | $11,520,418 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $11,520,418 | $11,520,418 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $1,394,934 | $23,692 | $1,394,934 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Casner & Edwards | Lead Counsel | $0 | $613,530 | $13,903 | $613,530 |
| ii | Weiner Law Firm | Special Counsel | $0 | $123,157 | $9,789 | $123,157 |
| iii | Shatz, Schwartz and Fentin | Special Counsel | $0 | $58,632 | $0 | $58,632 |
| iv | OnePoint Partners | Financial Professional | $0 | $599,615 | $0 | $599,615 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $18,412 | $0 | $18,412 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Annino Law Firm | Local Counsel | $0 | $18,412 | $0 | $18,412 |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $1,394,934 | $0 | $1,394,934 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $553,823 | $0 | $553,823 | $553,823 | 100% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $11,000,000 | $10,883,474 | $10,883,474 | $28,332,147 | 38% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?    Yes ○    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:    12/01/2021

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

UST Form 11-PCR (06/07/2021)                                    2

| Debtor's Name GKS Corporation | Case No. 19-30998 |
|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ James M. Spencer | James M. Spencer |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator | 07/21/2021 |
| Title | Date |