UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

|  |  |
|---|---|
| In re:<br><br>GKS CORPORATION<br><br>Debtor. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 19-30998-EDK<br>)<br>) |

**PLAN ADMINISTRATOR'S SECOND**
**INTERIM REPORT ON ADMINISTRATION PROGRESS**

SilverBloom Consulting, LLC, the duly-appointed Plan Administrator pursuant to Section 5.1 of the *Joint Liquidating Plan of the Debtor and the Official Committee of Unsecured Creditors Dated January 11, 2021* [Doc. No. 239], as modified [Doc. No. 284] (the "Plan"), acting pursuant to Section 5.9 of the Plan and MLBR 3022-1(d), submits this second interim report on administration progress with respect to the Plan, as follows:

1.  By order entered April 23, 2021 [Doc. No. 287], this Court confirmed the Plan. The Effective Date of the Plan occurred on May 11, 2021 [Doc. No. 290].

2.  The Plan has been substantially consummated, including through completion of payments of allowed administrative expense claims and allowed secured claims, and completion of an initial forty percent (40%) distribution to holders of allowed general unsecured claims, as previously reported and detailed in the Plan Administrator's initial report on administration progress filed on August 26, 2021 [Doc. No. 327] (the "Initial Report") and incorporated herein by reference.

3.  Since the filing of the Initial Report, the Plan Administrator has made four (4) additional Plan distributions, including payments in satisfaction of two secured claims, and initial

distributions on account of two general unsecured claims. These payments are detailed on attached Exhibit A, which also references the remaining unsecured claim awaiting an initial distribution once the Plan Administrator has been provided the necessary decedent/probate/estate administration documentation to establish the right to receive the distribution.

4. Matters remaining to be administered pursuant to the Plan include the four adversary proceedings that are being prosecuted by the Plan Committee (as defined in the Plan). These proceedings include the Plan Committee's lawsuits against (i) Michael Guarco Jr. (Adv. No. 21-03016), (ii) Mountain View Enterprises LLC (Adv. No. 21-03015); (iii) Statewood Inc. d/b/a State Line Oil (Adv. No. 21-03017), and (iv) Michael Guarco Sr. (Adv. No. 21-03021). The Plan Committee is also prosecuting an objection to the claim of Alan Guarco. The Plan Administrator expects that, once these matters are addressed through settlement or adjudication, and the remaining estate administration is completed (such as the filing of tax returns and necessary reports), there may be funds available for an incremental, final distribution to holders of allowed general unsecured claims, and that this case would then be ready for closure.

5. The Plan Administrator will serve this report upon the Office of the United States Trustee for this district, counsel to the Plan Committee, and all other parties that are registered users of the Court's CM/ECF system in this case.

Dated:   November 3, 2021　　　　　　　　　SilverBloom Consulting, LLC,
　　　　　　　　　　　　　　　　　　　　　　  Plan Administrator

　　　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　　　*/s/ A. Davis Whitesell*
　　　　　　　　　　　　　　　　　　　　　A. Davis Whitesell, BBO# 551462
　　　　　　　　　　　　　　　　　　　　　Casner & Edwards, LLP
　　　　　　　　　　　　　　　　　　　　　303 Congress Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　　Tel:  617-426-5900
　　　　　　　　　　　　　　　　　　　　　Email: whitesell@casneredwards.com

**Exhibit A**
**GKS Corporation - Plan Administration Progress Report**
**Distributions**
**August 25, 2021 through September 30, 2021**

**Secured Claims**

| # | Secured Creditor | Address | Initial Distribution Amount |
|---|---|---|---|
| 1 | Dorina Konopka | 2204 Hall Place NW Washington, DC  20007 | $ 15,729.20 |
| 2 | Massachusetts Department of Revenue | PO Box 9564, Boston, MA  02114-9564 | $ 6,815.44 |
| | | Total Secured Creditor Distributions | $ 22,544.64 |

**Unsecured Claims**

| # | Unsecured Creditor | Address | Initial Distribution Amount |
|---|---|---|---|
| 1 | Cheryl Metcalf | 14 Bugbee Road, Southwick, MA  01077 | $ 64,764.00 |
| 2 | Massachusetts Department of Revenue | PO Box 9564, Boston, MA  02114-9564 | $ 2,394.39 |
| | | Total Unecured Creditor Distributions | $ 67,158.39 |

**Initial Distributions Remaining to be Paid**

| # | Unsecured Creditor | Address | Initial Distribution Amount |
|---|---|---|---|
| 1 | Robert and Lili Burns | Unknown | $ 43,164.00 |
| | | Total Initial Distributions Remaining to be Paid | $ 43,164.00 |

## CERTIFICATE OF SERVICE

    I, A. Davis Whitesell, hereby certify that on this 3rd day of November, 2021, I caused the foregoing ***Plan Administrator's Second Interim Report on Administration Progress*** to be served through the Court's CM/ECF system on all registered users in this case.

Dated:  November 3, 2021                                    */s/ A. Davis Whitesell*
                                                                  A. Davis Whitesell, BBO# 551462
                                                                  Casner & Edwards, LLP
                                                                  303 Congress Street
                                                                  Boston, MA 02210
                                                                  Tel: 617-426-5900
                                                                  Email: whitesell@casneredwards.com